DAVID F. KLEIN  5066
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Tel: (808) 523-7774
Fax: (808) 599-1645
Email: dk@thedefense.com

Attorney for Defendant KENNETH CHIO HENG IONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | **CR. NO. 05-00117-01 HG** |
|---|---|---|
| Plaintiff, | ) | **DEFENDANT KENNETH CHIO HENG IONG'S MOTION TO AMEND TERMS OF RELEASE; CERTIFICATE OF SERVICE** |
| vs. | ) | |
| KENNETH CHIO HENG IONG, (01) | ) | |
| Defendant. | ) | |

**DEFENDANT KENNETH CHIO HENG IONG'S
MOTION TO AMEND TERMS OF RELEASE**

COMES NOW Defendant KENNETH CHIO HENG IONG by and through his attorney, David F. Klein, and moves this Court to amend its terms of release so that the electronic monitoring program may be terminated. All other conditions of pretrial release to remain in effect.

This Motion is brought pursuant to *18 U.S.C. 3142* and is based on such evidence as is presented at the hearing on this Motion.

DATED:  Honolulu, Hawaii, May 9, 2006.

/s/ David F. Klein
DAVID F. KLEIN
Attorney for Defendant
KENNETH CHIO HENG IONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR. NO. 05-00117-01 HG** |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| KENNETH CHIO HENG IONG, ) | |
| (01) ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

Leslie E. Osborne, Jr.   **Les.Osborne@usdoj.gov**   May 9, 2006

<u>Served by Hand-Delivery</u>:

David Kahunahana                       May 9, 2006
U.S. Pretrial Services
Room 7-222, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

   DATED:  Honolulu, Hawaii, May 9, 2006.

                                   /s/ David F. Klein

2