```
DAVID F. KLEIN  5066
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Tel: (808) 523-7774
Fax: (808) 599-1645
Email: dk@thedefense.com
```

Attorney for Defendant KENNETH CHIO HENG IONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR. NO. 05-00117-01 HG** |
| ) | |
| Plaintiff, ) | **WITHDRAWAL OF DEFENDANT** |
| ) | **KENNETH CHIO HENG IONG'S** |
| vs. ) | **MOTION TO AMEND TERMS OF** |
| ) | **RELEASE; CERTIFICATE OF** |
| KENNETH CHIO HENG IONG, (01) ) | **SERVICE** |
| ) | |
| Defendant. ) | |
| ) | |

## **WITHDRAWAL OF DEFENDANT KENNETH CHIO HENG IONG'S MOTION TO AMEND TERMS OF RELEASE**

COMES NOW Defendant KENNETH CHIO HENG IONG by and through his attorney, David F. Klein, and hereby withdraws Defendant Kenneth Chio Heng Iong's Motion to Amend Terms of Release filed herein on May 9, 2006.

DATED:  Honolulu, Hawaii, May 18, 2006.

/s/ David F. Klein
DAVID F. KLEIN
Attorney for Defendant
KENNETH CHIO HENG IONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR. NO. 05-00117-01 HG** |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| KENNETH CHIO HENG IONG, (01) ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

Leslie E. Osborne, Jr. **Les.Osborne@usdoj.gov**    May 18, 2006

<u>Served by Hand-Delivery</u>:

David Kahunahana                                                         May 18, 2006
U.S. Pretrial Services
Room 7-222, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

    DATED:  Honolulu, Hawaii, May 18, 2006.

                                        /s/ David F. Klein

2