```
DAVID F. KLEIN  5066
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Tel: (808) 523-7774
Fax: (808) 599-1645
Email:  dfklein@gmail.com
```

Attorney for Defendant KENNETH CHIO HENG IONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR. NO. 05-00117-01 HG** |
| ) | |
| Plaintiff, ) | **DEFENDANT KENNETH CHIO** |
| ) | **HENG IONG'S MOTION TO** |
| vs. ) | **CONTINUE TRIAL AND EXTEND** |
| ) | **PRETRIAL MOTION DEADLINE;** |
| KENNETH CHIO HENG IONG, (01) ) | **DECLARATION OF COUNSEL;** |
| ) | **CERTIFICATE OF SERVICE** |
| Defendant. ) | |
| ) | |

**DEFENDANT KENNETH CHIO HENG IONG'S
MOTION TO CONTINUE TRIAL AND
EXTEND PRETRIAL MOTION DEADLINE**

COMES NOW Defendant KENNETH CHIO HENG IONG by and through his attorney, David F. Klein, and moves this Court for an order continuing the trial of this case which is presently set for the week of August 15, 2006. In addition, Defendant seeks an order extending the pretrial motion deadline.

This motion is based on the records and files of this case, the attached Declaration of Counsel, and such evidence as is presented at the hearing on this motion.

```
DATED:  Honolulu, Hawaii, July 5, 2006.


                                    /s/ David F. Klein
                                    DAVID F. KLEIN
                                    Attorney for Defendant
                                    KENNETH CHIO HENG IONG
```