```
EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00117HG -01 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S OPPOSITION TO |
| | ) | DEFENDANT'S MOTION TO CONTINUE |
| vs. | ) | TRIAL; DECLARATION OF LESLIE |
| | ) | E. OSBORNE, JR.; CERTIFICATE |
| KENNETH CHIO HENG IONG, (01) | ) | OF SERVICE |
| DOROTHY CHIU LAI YUNG,  (02) | ) | |
| | ) | Date:  July 17, 2006 |
| Defendants. | ) | Time:  10:00 a.m. |
| _____ | ) | Judge: Kevin S. Chang |

GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION TO CONTINUE TRIAL

      Comes now the United States of America who through these pleadings, the attached Declaration of Counsel and such

oral argument as the Court may entertain oppose the Defendant's Motion to Continue Trial.

    DATED:  July 11, 2006, at Honolulu, Hawaii.

        Respectfully submitted,

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


        By /s/ Leslie E. Osborne, Jr.
          LESLIE E. OSBORNE, JR.
          Assistant U. S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses, on July 11, 2006:

**Served Electronically through CM/ECF:**

David F. Klein          dfklein@gmail.com
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, HI 96813

Attorney for Defendant
KENNETH CHIO HENG IONG


Donna Gray              donna_gray@fd.org
Assistant Federal Public Defender
300 Ala Moana Blvd., Rm. 7-104
Honolulu, HI  96850

Attorney for Defendant
DOROTHY CHIU LAI YUNG


                              /s/ Gloria Parker