# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00117HG |
| CASE NAME: | USA v. (01) Kenneth Chio Heng Iong |
| | (02) Dorothy Chiu Lai Yung |
| ATTYS FOR PLA: | Leslie Osborne |
| ATTYS FOR DEFT: | (01) David Klein |
| | (02) Loretta Faymonville |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 7/17/2006 | TIME: | 10:47-10:58:44am |

COURT ACTION:  EP:
1.  Defendant (01) Kenneth Chio Heng Iong's Motion to Continue Trial and Extend Pretrial Motion Deadline
2.  Final Pretrial Conference

Presence waived as to defendants 01 and 02.

Over government's objection, Motion to Continue granted.

Jury Selection/Trial: 9/12/06, 9:00am, Judge Gillmor
Final Pretrial Conference: 8/14/06, 10:00am, Judge Chang
Motions due: 8/1/06
Response due: 8/15/06

Final Pretrial Conference set for 8/4/06 before Judge Gillmor has been continued to 8/25/06 at 8:30am before Judge Gillmor

The court finds that the ends of justice served by such an action outweigh the best interest of the public and the defendant in a speedy trial.  The court orders that the period from 8/15/06 to and including 9/12/06 be excluded from computation under the Speedy Trial Act as a failure to grant the continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Government to prepare the order.

Submitted by: Shari Afuso, Courtroom Manager