EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR.  #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  les.osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00117HG |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING TRIAL |
| | ) | |
| vs. | ) | |
| | ) | |
| KENNETH CHIO HENG IONG, (01) | ) | |
| DOROTHY CHIU LAI YUNG, (02) | ) | Old Trial Date:  8/15/06 |
| | ) | **New** Trial Date:  9/12/06 |
| Defendants. | ) | Time: 9:00 a.m. |
| _____ | ) | Chief Judge:  Helen Gillmor |

ORDER CONTINUING TRIAL

On July 17, 2006, the defendant Kenneth Chio Heng Iong appeared before this Court, through his attorney of record, David Klein, Esq., and the defendant Dorothy Chiu Lai Yung was represented by her attorney, Loretta Faymonville, Assistant Federal Public Defender.  The appearance of both defendants was waived.  The United States was represented by Leslie E. Osborne, Jr., Assistant U.S. Attorney, who opposed the defendant Kenneth

Chio Heng Iong's Motion to Continue Trial and Extend Pretrial Motion Deadline.  The Motion to Continue is granted.

The trial of this case shall take place before the Honorable Helen Gillmor, Chief United States District Court Judge, in her Courtroom, at 9:00 a.m., on September 12, 2006, with the final pretrial conference before Magistrate Judge Kevin S. C. Chang, at 10:00 a.m., on August 14, 2006.  A final pretrial conference will occur in the Courtroom of the Honorable Helen Gillmor, at 8:30 a.m., on August 25, 2006.  The defendants' motions will be due no later than August 1, 2006, with the government's response due August 15, 2006.

IT IS FURTHER ORDERED that all time from August 15, 2006, to and including September 12, 2006, be excluded from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendants in a speedy trial, as a failure to grant the continuance would unreasonably deny counsel for the defendants

// //
// //
// //
// //
// //
// //

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     DATED:  Honolulu, Hawaii, July 24, 2006.



                          _____
                          Kevin S.C. Chang
                          United States Magistrate Judge

<u>United States v. Kenneth Chio Heng Iong, et al.</u>;
Cr. No. 05-00117HG
"Order Continuing Trial"