EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  les.osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00117HG |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| KENNETH CHIO HENG IONG, (01) | ) | |
| DOROTHY CHIU LAI YUNG, (02) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

      I hereby certify that the ORDER CONTINUING TRIAL was signed and filed on July 24, 2006, and was served on the following counsel on July 24, 2006:

    **Served Electronically through CM/ECF:**

        David F. Klein        dfklein@gmail.com
          Attorney for Defendant
          KENNETH CHIO HENG IONG

        Loretta Faymonville    loretta_faymonville@fd.org
          Attorney for Defendant
          DOROTHY CHIU LAI YUNG

DATED: July 24, 2006, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


        By /s/ Leslie E. Osborne, Jr.
          LESLIE E. OSBORNE, JR.
          Assistant U.S. Attorney