```
DAVID F. KLEIN  5066
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Tel: (808) 523-7774
Fax: (808) 599-1645
Email:  dfklein@gmail.com
```

Attorney for Defendant KENNETH CHIO HENG IONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR. NO. 05-00117-01 HG** |
| ) | |
| Plaintiff, ) | **DEFENDANT KENNETH CHIO** |
| ) | **HENG IONG'S MOTION TO** |
| vs. ) | **SUPPRESS STATEMENT MADE** |
| ) | **NOVEMBER 6, 2003;** |
| KENNETH CHIO HENG IONG, (01) ) | **MEMORANDUM IN SUPPORT OF** |
| ) | **MOTION; CERTIFICATE OF** |
| Defendant. ) | **SERVICE** |
| ) | |

**DEFENDANT KENNETH CHIO HENG IONG'S
MOTION TO SUPPRESS STATEMENT MADE NOVEMBER 6, 2003**

COMES NOW Defendant KENNETH CHIO HENG IONG, by and through his attorney, David F. Klein, and moves this Court for an order suppressing from use at trial all statements made by Mr. Iong to law enforcement on November 6, 2003. In addition, Mr. Iong seeks an order suppressing from use all evidence derived from these statements.

The basis of this motion is that Defendant was subjected to a custodial interrogation on November 6,

2003 without being first advised of his Miranda Warnings. The custodial interrogation by the government violated the Defendant's rights under the 4th, 5th, and 6th amendments to the United States Constitution.

    This motion is further based upon the records and files of this case, the attached memorandum in support of motion, and such evidence as is presented at the hearing on this motion.

    DATED:  Honolulu, Hawaii, August 1, 2006.

/s/ David F. Klein
DAVID F. KLEIN
Attorney for Defendant
KENNETH CHIO HENG IONG

2