DAVID F. KLEIN  5066
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Tel: (808) 523-7774
Fax: (808) 599-1645
Email:  dfklein@gmail.com

Attorney for Defendant KENNETH CHIO HENG IONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR. NO. 05-00117-01 HG** |
| ) | |
| Plaintiff, ) | **DEFENDANT KENNETH CHIO** |
| ) | **HENG IONG'S MOTION TO** |
| vs. ) | **SEVER COUNT 11; MEMORANDUM** |
| ) | **IN SUPPORT OF MOTION;** |
| KENNETH CHIO HENG IONG, (01) ) | **CERTIFICATE OF SERVICE** |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT KENNETH CHIO HENG IONG'S
MOTION TO SEVER COUNT 11**

COMES NOW Defendant KENNETH CHIO HENG IONG, by and through his attorney, David F. Klein, and moves this Court for an order severing Count 11 from the indictment. Namely, Defendant respectfully submits that Count 11 ("false passport") should be tried separately from the remaining tax and fraud counts.

This motion is based upon Fed. R. Crim. Pro. 8(a) and 14(a), the records and files of this case, the

attached memorandum in support of motion, and such evidence as is presented at the hearing on this motion.

DATED:  Honolulu, Hawaii, August 1, 2006.

/s/ David F. Klein
DAVID F. KLEIN
Attorney for Defendant
KENNETH CHIO HENG IONG