CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

Leslie E. Osborne, Jr. **les.osborne@usdoj.gov**   August 1, 2006

Donna Gray **donna_gray@fd.org**   August 1, 2006

DATED: Honolulu, Hawaii, August 1, 2006.

/s/ David F. Klein