DAVID F. KLEIN  5066
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Tel: (808) 523-7774
Fax: (808) 599-1645
Email:  dfklein@gmail.com

Attorney for Defendant KENNETH CHIO HENG IONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR. NO. 05-00117-01 HG** |
| ) | |
| Plaintiff, ) | **DEFENDANT KENNETH CHIO** |
| ) | **HENG IONG'S MOTION TO** |
| vs. ) | **DISMISS COUNT 1 OF THE** |
| ) | **INDICTMENT; MEMORANDUM IN** |
| KENNETH CHIO HENG IONG, (01) ) | **SUPPORT OF MOTION;** |
| ) | **CERTIFICATE OF SERVICE** |
| Defendant. ) | |
| ) | |

**DEFENDANT KENNETH CHIO HENG IONG'S
MOTION TO DISMISS COUNT 1 OF THE INDICTMENT**

COMES NOW Defendant KENNETH CHIO HENG IONG, by and through his attorney, David F. Klein, and moves this Court for an order dismissing Count 1 of the indictment on the basis that the indictment was found more that 6 years after the alleged commission of the offense. That as a result, this offense was prosecuted after the applicable period of limitations for criminal prosecutions expired.

This motion is based upon 26 U.S.C. §6531, the records and files of this case, the attached memorandum in support of motion, and such evidence as is presented at the hearing on this motion.

DATED:  Honolulu, Hawaii, August 1, 2006.

/s/ David F. Klein
DAVID F. KLEIN
Attorney for Defendant
KENNETH CHIO HENG IONG