IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **CR. NO. 05-00117-01 HG** |
| | ) |
| Plaintiff, | ) **MEMORANDUM IN SUPPORT OF** |
| | ) **MOTION** |
| vs. | ) |
| | ) |
| KENNETH CHIO HENG IONG, (01) | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

MEMORANDUM IN SUPPORT OF MOTION

**Statement of Facts**

On March 23, 2006, the 11 count indictment was returned in this case.

Count 1 of the indictment alleges that Mr. Iong "[o]n or about August 9, 1998, did willfully attempt to evade and defeat a large part of the income tax due and owning by him . . . ."

**Discussion of Law**

26 U.S.C. 6531(2) provides that

> No person shall be prosecuted, tried, or punished for any of the various offenses arising under the internal revenue laws unless the indictment is found or the information instituted within 3 years next after the commission of the offense, except that the period of limitation shall be **6 years**—
> (2) for the offense of willfully attempting in any manner to evade or defeat any tax or the payment thereof;

As a result of this statute, the applicable period to commence a criminal action is 6 years for tax evasion.

Count 1 alleges a tax evasion offense that occurred on August 9, 1998. The indictment was returned on March 23, 2005. Since prosecution was commenced more than 6 years after the alleged offense occurred, Count 1 must be dismissed.

### Conclusion

As a result of the foregoing, it is respectfully requested that this motion is granted.

DATED:  Honolulu, Hawaii, August 1, 2006.

/s/ David F. Klein
DAVID F. KLEIN
Attorney for Defendant
KENNETH CHIO HENG IONG