DAVID F. KLEIN  5066
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii 96813
Tel: (808) 523-7774
Fax: (808) 599-1645
Email:  dfklein@gmail.com

Attorney for Defendant KENNETH CHIO HENG IONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | **CR. NO. 05-00117-01 HG** |
| ) | |
| Plaintiff,   ) | **MOTION TO WITHDRAW AS** |
| ) | **COUNSEL; DECLARATION OF** |
| vs.   ) | **COUNSEL; CERTIFICATE OF** |
| ) | **SERVICE** |
| KENNETH CHIO HENG IONG, (01) ) | |
| ) | |
| Defendant.   ) | |
| ) | |
| ) | |

### MOTION TO WITHDRAW AS COUNSEL

COMES NOW David F. Klein, attorney for Defendant KENNETH CHIO HENG IONG in the above-captioned case, and moves this court for an order permitting him to withdraw as counsel of record for the reasons set forth in the attached Declaration of Counsel.

This motion is based on the records and files of this case, the attached Declaration of Counsel, and such evidence as is presented at the hearing on this motion.

DATED:   Honolulu, Hawaii, August 14, 2006.


                                              /s/ David F. Klein  
                                              DAVID F. KLEIN  
                                              Attorney for Defendant  
                                              KENNETH CHIO HENG IONG