IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR. NO. 05-00117-01 HG** |
| ) | |
| Plaintiff, ) | **DECLARATION OF COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| KENNETH CHIO HENG IONG, (01) ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF COUNSEL**

I, David F. Klein, declare as follows:

1.  I am the attorney for Defendant KENNETH CHIO HENG IONG in the above-captioned case.

2.  I was appointed to represent Mr. Iong.

3.  Mr. Iong has requested that I file a motion to withdraw as counsel.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED:  Honolulu, Hawaii, August 14, 2006.

/s/ David F. Klein
DAVID F. KLEIN
Attorney for Defendant
KENNETH CHIO HENG IONG