CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Leslie E. Osborne, Jr. **les.osborne@usdoj.gov** August 14, 2006

Loretta Faymonville **Loretta_Faymonville@fd.org** August 14, 2006

DATED:  Honolulu, Hawaii, August 14, 2006.

/s/ David F. Klein