EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR.  #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: les.osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00117-01 HG |
|---|---|---|
| | ) | |
| Plaintiff, | ) | UNITED STATES' OPPOSITION TO |
| | ) | DEFENDANT'S MOTION TO SUPPRESS |
| vs. | ) | STATEMENT MADE NOVEMBER 6, |
| | ) | 2003; MEMORANDUM OF LAW; |
| KENNETH CHIO HENG IONG, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | Trial: September 12, 2006 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Chief Judge: Helen Gillmor |

UNITED STATES' OPPOSITION TO DEFENDANT'S
MOTION TO SUPPRESS STATEMENT MADE NOVEMBER 6, 2003

      Comes now the United States of America, by and through its attorney of record, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii, and his designee, LESLIE E. OSBORNE, JR., Assistant United States Attorney, who by these pleadings, the files and records of this case, and such oral

// //

// //

argument as the Court may entertain, oppose the Defendant's motion to suppress statement made November 6, 2003.

      DATED:  August 15, 2006, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              By <u>/s/ Leslie E. Osborne, Jr.</u>
                                 LESLIE E. OSBORNE, JR.
                                 Assistant U.S. Attorney