<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses, on August 15, 2006:

**Served Electronically through CM/ECF:**

David F. Klein          dfklein@gmail.com
    Attorney for Defendant
    KENNETH CHIO HENG IONG (01)

Loretta Faymonville          loretta_faymonville@fd.org
    Attorney for Defendant
    DOROTHY CHIU LAI YUNG (02)

DATED:  August 15, 2006, at Honolulu, Hawaii.

/s/ Gloria Parker