DAVID F. KLEIN   5066
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Tel: (808) 523-7774
Fax: (808) 599-1645
Email:  dfklein@gmail.com

Attorney for Defendant KENNETH CHIO HENG IONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>KENNETH CHIO HENG IONG, (01)<br><br>          Defendant. | CR. NO. 05-00117-01 HG<br><br>**WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER; CERTIFICATE OF SERVICE** |

### WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW JOHN S. EDMUNDS, counsel for Defendant KENNETH CHIO HENG IONG in the above-captioned case, and hereby withdraws and substitutes in his stead, DAVID F. KLEIN, as CJA-appointed counsel for Defendant KENNETH CHIO HENG IONG.

DATED:  Honolulu, Hawaii, August 24, 2006.

_____
JOHN S. EDMUNDS

_____
DAVID F. KLEIN

_____
KENNETH CHIO HENG IONG
Defendant


APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE ENTITLED COURT


USA V. KENNETH CHIO HENG IONG, CR. NO. 05-00117-01 HG,
WITHDRAWAL AND SUBSTITUTION OF COUNSEL

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served via Hand-Delivery:

| | |
|---|---|
| Leslie E. Osborne, Jr.<br>United States Attorney's Office<br>Room 6100, PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850 | August 25, 2006 |
| Loretta Faymonville<br>Office of the Federal Public Defender<br>Room 7-104, PJKK Federal Bldg.<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850 | August 25, 2006 |
| John S. Edmunds<br>Edmunds & Verga<br>Davies Pacific Center<br>841 Bishop Street, Suite 2104<br>Honolulu, Hawaii 96813 | August 25, 2006 |

DATED: Honolulu, Hawaii, August 25, 2006.

_(signature)_