ORIGINAL

NISHIOKA & FUJIOKA
a Law Corporation

STUART N. FUJIOKA 4223
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@nishiokafujiokalaw.com

Attorney for defendant
Kenneth Chio Heng Iong

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 15 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| United States of America, | Cr. No. 05-117-HG |
|---|---|
| v. | 26 U.S.C. §7201, 18 U.S.C. §§1014, 2 and 1028(a)(4) |
| Kenneth Chio Heng Iong,  [01]<br>Dorothy Chiu Lai Yung,  [02]<br>defendants. | NOTICE OF HEARING ON DEFENDANT KENNETH IONG'S [01] MOTION TO CONTINUE 10/24/06 TRIAL DATE; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |

trial Date: 10/24/06
The Hon. Helen Gillmor

NOTICE OF HEARING ON DEFENDANT'S MOTION TO CONTINUE 10/24/06 TRIAL DATE

TO:

Les Osborne
300 Ala Moana Blvd. Ste. 6100
Honolulu, Hawaii 96850

for the United States of America

Loretta Faymonville
300 Ala Moana Blvd. Ste. 7-104
Honolulu, Hawaii, 96813

for defendant Dorothy Yung

PLEASE TAKE NOTICE that the attached Motion will be heard before *The Hon.* _____, Judge of the above-entitled court in his/her courtroom on _____day, _____ _____, **2006** at __:__ o'clock __.m. or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, _____.

_____
STUART N. FUJIOKA, Atty. for movant