NISHIOKA & FUJIOKA
a Law Corporation

STUART N. FUJIOKA 4223
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@nishiokafujiokalaw.com

Attorney for defendant
Kenneth Chio Heng Iong

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Kenneth Chio Heng Iong,  [01]<br>Dorothy Chiu Lai Yung,  [02]<br><br>defendants. | Cr. No. 05-117-HG<br><br>26 U.S.C. §7201, 18 U.S.C. §§1014, 2 and 1028(a)(4)<br><br>DEFENDANT KENNETH IONG'S [01] MOTION TO CONTINUE TRIAL DATE; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |

current trial Date: 10/24/06
The Hon. Helen Gillmor

DEFENDANT KENNETH IONG'S [01] MOTION TO CONTINUE TRIAL DATE

Defendant Kenneth Iong, through counsel and in accordance with L.R. 40.4, respectfully moves for continuance of trial in this matter.  Defendant consents to this request and it is supported by the attached declaration and such other evidence to be adduced at trial.

Dated: Honolulu, Hawaii, September 14, 2006.

_____
Stuart N. Fujioka, attorney
for defendant Kenneth Iong