IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Kenneth Chio Heng Iong, [01]<br>Dorothy Chiu Lai Yung, [02]<br><br>defendants. | Cr. No. 05-117-HG<br><br>26 U.S.C. §7201, 18 U.S.C.<br>§§1014, 2 and 1028(a)(4) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly mailed, postage prepaid, or hand delivered to:

Les Osborne
300 Ala Moana Blvd. Ste. 6100
Honolulu, Hawaii 96850

for the United States of America

Loretta Faymonville
300 Ala Moana Blvd. Ste. 7-104
Honolulu, Hawaii, 96813

for defendant Dorothy Yung

Dated: Honolulu, Hawaii, September 15, 2006.

_____
Stuart N. Fujioka

C:\Doc\Fedcrim\2006\IONG\certserv.001.wpd