ORIGINAL

PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE  #3947
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Email:      fpdhi@hotmail.com

Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545

Attorney for Defendant
DOROTHY CHIU LAI YUNG

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 18 2006

at __3__ o'clock and __30__ min __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>            )<br>    Plaintiff,     )<br>            )<br>  vs.         )<br>            )<br>KENNETH CHIO HENG IONG, (01)  )<br>DOROTHY CHIU LAI YUNG, (02)   )<br>            )<br>    Defendant.    )<br>_____ ) | CR. NO. 05-00117 HG -02<br><br>JOINDER IN DEFENDANT<br>KENNETH IONG'S MOTION TO<br>CONTINUE OCTOBER 24, 2006<br>TRIAL DATE, FILED SEPTEMBER<br>15, 2006; CERTIFICATE OF<br>SERVICE |

JOINDER IN DEFENDANT KENNETH IONG'S MOTION TO
CONTINUE OCTOBER 24, 2006 TRIAL DATE, FILED SEPTEMBER 15, 2006

COMES NOW the defendant, DOROTHY CHIU LAI YUNG,

through counsel, LORETTA A. FAYMONVILLE, Assistant Federal Defender,

and hereby joins in defendant KENNETH IONG's Motion to Continue October 24, 2006 Trial Date, filed on September 15, 2006, for the reasons and grounds set forth below:

(1) The co-defendants in this case are brother and sister. Ms. Yung wants her brother to be fully prepared for trial.

(2) The expert analysis that Mr. Iong wants to obtain may be beneficial to Ms. Yung's defense.

(3) Ms. Yung would be prejudiced at trial if her co-defendant's attorney is not fully prepared. The one count with which she is charged is connected with one of Mr. Iong's counts.

DATED: Honolulu, Hawaii, September 18, 2006.

_____
LORETTA A. FAYMONVILLE
Attorney for Defendant
DOROTHY CHIU LAI YUNG

## CERTIFICATE OF SERVICE

LORETTA A. FAYMONVILLE, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served by hand-delivery on the following at the last known address on September 18, 2006:

    LESLIE E. OSBORNE    (hand-delivered)
    Assistant United States Attorney
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

    STUART N. FUJIOKA, Esq.    (via Mail)
    841 Bishop Street, # 224
    Honolulu, Hawaii 96813

    Attorney for Defendant (01)
    Kenneth Chio Heng Iong

Dated: Honolulu, Hawaii, September 18, 2006.

                                                            _____
                                                            LORETTA A. FAYMONVILLE
                                                             Attorney for Defendant
                                                             DOROTHY CHIU LAI YUNG