# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

September 20, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CR 05-00117HG

CASE NAME:   UNITED STATES OF AMERICA v. (01) KENNETH CHIO HENG IONG and (02) DOROTHY CHIU LAI YUNG

JUDGE:   Helen Gillmor          REPORTER:

DATE:   September 20, 2006       TIME:

COURT ACTION:      **MINUTE ORDER**

The parties have agreed to a new trial date of March 13, 2007.  Mr. Fujioka shall prepare a stipulation for continuance of trial, etc., and include the following dates:

| | |
|---|---|
| JURY SELECTION/TRIAL | March 13, 2007 at 9:00 a.m. |
| FPC - JUDGE GILLMOR | March 5, 2007 at 8:30 a.m. |
| FPC - MAG JUDGE CHANG | February 12, 2007 at 10:00 a.m. |
| MOTIONS DEADLINE | January 30, 2007 |
| RESPONSE DEADLINE | February 13, 2007 |

Submitted by: Mary Rose Feria, Courtroom Manager

cc:   Leslie E. Osborne, Jr., Esq.
    Stuart N. Fujioka, Esq.
    Loretta A. Faymonville, Esq.