# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

September 20, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00117HG

CASE NAME:        UNITED STATES OF AMERICA v. (01) KENNETH CHIO HENG IONG and (02) DOROTHY CHIU LAI YUNG

JUDGE:    Helen Gillmor            REPORTER:

DATE:     September 20, 2006       TIME:

COURT ACTION:            **MINUTE ORDER**

    Defendant (01) Kenneth Chio Heng Iong's MOTION to Continue 10/24/06 Trial Date and (02) Defendant Chiu Lai Yung's Joinder in Defendant Kenneth Iong's MOTION to Continue October 24, 2006 Trial Date, Filed September 15, 2006 has been rendered MOOT.

    The parties have stipulated to a new trial date of March 13, 2007.

    Submitted by: Mary Rose Feria, Courtroom Manager