NISHIOKA & FUJIOKA
a Law Corporation

STUART N. FUJIOKA 4223
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@nishiokafujiokalaw.com

Attorney for defendant
Kenneth Chio Heng Iong

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 26 2006
at __8__ o'clock and __50__ min. __A__M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Kenneth Chio Heng Iong,   [01]<br>Dorothy Chiu Lai Yung,   [02]<br><br>defendants. | Cr. No. 05-117-HG<br><br>26 U.S.C. §7201, 18 U.S.C.<br>§§1014, 2 and 1028(a)(4)<br><br>NOTICE OF WITHDRAWAL OF<br>DEFENDANT [01] KENNETH IONG'S:<br>8/1/06 MOTION TO SUPPRESS<br>STATEMENT MADE 11/6/03; 8/1/06<br>MOTION TO DISMISS COUNT 1 OF<br>THE INDICTMENT; 8/1/06 MOTION<br>TO SEVER COUNT 11; 9/15/06<br>MOTION TO CONTINUE 10/24/06<br>TRIAL DATE; CERTIFICATE OF<br>SERVICE<br><br>Old trial Date: 10/24/06<br>new trial date: 3/13/07<br>The Hon. Helen Gillmor<br><br>Motion Hearing Date: 10/6/06<br>                     9:00 a.m.<br>The Hon. Helen Gillmor |

ORIGINAL

NOTICE OF WITHDRAWAL OF DEFENDANT [01] KENNETH IONG'S: 8/1/06
MOTION TO SUPPRESS STATEMENT MADE 11/6/03; 8/1/06 MOTION TO
DISMISS COUNT 1 OF THE INDICTMENT; 8/1/06 MOTION TO SEVER COUNT
11; 9/15/06 MOTION TO CONTINUE 10/24/06 TRIAL DATE

TO:
    Les Osborne

300 Ala Moana Blvd. Ste. 6100
Honolulu, Hawaii 96850

for the United States of America

Loretta Faymonville
300 Ala Moana Blvd. Ste. 7-104
Honolulu, Hawaii, 96813

for defendant Dorothy Yung


PLEASE TAKE NOTICE that Defendant Kenneth Iong hereby withdraws the following motions.

•8/1/06 Motion to Suppress Statement Made 11/6/03, set for hearing 10/6/06 at 9:00 a.m. before the Hon. Helen Gillmor;

•8/1/06 Motion to Dismiss Count 1 of the Indictment, set for hearing 10/6/06 at 9:00 a.m. before the Hon. Helen Gillmor;

•8/1/06 Motion to Sever Count 11, set for hearing 10/6/06 at 9:00 a.m. before the Hon. Helen Gillmor;

•9/15/06 Motion to Continue 10/24/06 Trial Date, which was resolved by stipulation before a hearing had been set.

DATED:  Honolulu, Hawaii, September 25, 2006.

_____
STUART N. FUJIOKA, Atty. for movant


C:\Doc\Fedcrim\2006\IONG\not-wdr-mtns.001.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Kenneth Chio Heng Iong,   [01]<br>Dorothy Chiu Lai Yung,   [02]<br><br>defendants. | Cr. No. 05-117-HG<br><br>26 U.S.C. §7201, 18 U.S.C.<br>§§1014, 2 and 1028(a)(4) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly mailed, postage prepaid, or hand delivered to:

    Les Osborne
    300 Ala Moana Blvd. Ste. 6100
    Honolulu, Hawaii 96850

    for the United States of America

    Loretta Faymonville
    300 Ala Moana Blvd. Ste. 7-104
    Honolulu, Hawaii, 96813

    for defendant Dorothy Yung

Dated: Honolulu, Hawaii, September 25, 2006.

_____
                              Stuart N. Fujioka

C:\Doc\Fedcrim\2006\IONG\certserv.001.wpd