NISHIOKA & FUJIOKA
a Law Corporation

STUART N. FUJIOKA 4223
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@nishiokafujiokalaw.com

Attorney for defendant
Kenneth Chio Heng Iong

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| United States of America, | Cr. No. 05-117-HG |
|---|---|
| v. | 26 U.S.C. §7201, 18 U.S.C. §§1014, 2 and 1028(a)(4) |
| Kenneth Chio Heng Iong, [01]<br>Dorothy Chiu Lai Yung, [02]<br>defendants. | STIPULATION TO CONTINUE TRIAL AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT; ORDER CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

Old Trial Date: 10/24/06
New Trial Date: 3/13/07

STIPULATION TO CONTINUE TRIAL AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

It is hereby stipulated and agreed by and between the parties, through the undersigned attorneys, that the jury trial currently set for 10/24/06 at 9:00 a.m. before the Hon. Helen Gillmor, is continued to **March 13, 2007** at **9:00 a.m.** before said Judge Gillmor. The following pretrial dates are established.

03/05/07  Final Pretrial Conference before the Hon. Helen Gillmor
          at 8:30 a.m.

02/12/07  Final Pretrial Conference before Mag. Judge Kevin

BARRY M. KURREN

~~Chang~~, 10:00 a.m.

01/30/07   Pretrial Motions Deadline

02/13/07   Response to Motions Due

It is further stipulated and agreed that counsel for the defendant Kenneth Iong was recently appointed and requires additional time for evaluation, investigation and trial preparation.  The ends of justice served by granting this continuance outweighs the best interest of the public and the Defendant in speedy trial and that the failure to grant the agreed continuance would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective representation, taking into account the exercise of due diligence.

Dated: Sept 25, 2006.

SO STIPULATED:

_____
Leslie Osborne
Assistant U.S. Attorney for the
United States of America

_____
Loretta Faymonville,
Deputy Federal Public Defender,
attorney for Dorothy Yung

_____
Stuart N. Fujioka, attorney
for defendant Kenneth Iong

C:\Doc\Fedcrim\2006\IONG\stipcont.001.wpd

2