# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

Receipt   238509

Trans   144363

Received From:   BRIAN D. HERSHMAN
Case Number:
Reference Number:   CR 05-117HG

|  | Check | 225.00 |
|---|---|---|
|  | Total | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| PRO HAC VICE | 685513 | 1 | 225.00 |
|  |  | **Total** | **225.00** |
|  |  | Tend | 225.00 |
|  |  | Due | 0.00 |

02/23/2007 10:57:20 AM       Deputy Clerk:   et/EPS