ORIGINAL

LAW OFFICE OF LEIGHTON K. LEE
Leighton K. Lee-2975
222 Merchant Street, Suite 201
Honolulu, Hawaii 96813
Tel. No.:  (808) 531-3244
Facsimile No.:  (808) 531-3247
E-mail:  leighton@hawaiilaw.org
        And
JONES DAY
BRIAN D. HERSHMAN, ESQ.
555 South Flower Street, Fiftieth Floor
Los Angeles, CA  90071
Telephone:  (213) 489-3939
Facsimile:    (213) 243-2539
bhershman@jonesday.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 2 2007

at ____ o'clock and ___ min ___ M
SUE BEITIA, CLERK

Attorneys for Defendant
KENNETH CHIO HENG IONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 05-00117-01-HG |
| Plaintiffs, | DEFENDANT'S *EX PARTE* APPLICATION FOR BRIAN D. HERSHMAN TO APPEAR *PRO HAC VICE*; CONSENT; DECLARATION OF LEIGHTON K. LEE; DECLARATION OF BRIAN D. HERSHMAN |
| vs. | |
| KENNETH CHIO HENG IONG, | |
| Defendant. | |

## DEFENDANT'S *EX PARTE* APPLICATION FOR BRIAN D. HERSHMAN TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(e) of the Rules of the United States District Court for the District of Hawaii, Brian D. Hershman, by and through the Law Office of Leighton K. Lee, hereby respectfully submits this Application for permission to appear *pro hac vice*.

WHEREAS:

1.     Brian D. Hershman is of counsel with the law firm of Jones Day, located at 555 South Flower Street, 50th Floor, Los Angeles, CA 90071; telephone number (213) 489-3939.

2.     Brian D. Hershman's residence address is 922 Milmada Drive, La Canada, CA 91011.

3.     Brian D. Hershman is a member in good standing and eligible to practice law in the State of California, in the United States District Courts for the Northern and Central Districts of California, and the United States Court of Appeals for the Ninth Circuit.

4.     Brian D. Hershman is not currently suspended or disbarred in any court or state.

5.    Brian D. Hershman is not a resident of the State of Hawaii, nor is he regularly employed, or engaged in business, professional, or other activities in the State of Hawaii.

6.    Brian D. Hershman is not currently admitted to this Court, nor has he previously made a *pro hac vice* application to this Court.

7.    On behalf of his client, Kenneth Iong, Brian D. Hershman has designated Leighton K. Lee, Esq., an active member in good standing of the bar of the United States District Court for the District of Hawaii, to serve as associate counsel on behalf of Defendant for all purposes in this matter.

a)    The office address and telephone number of Leighton K. Lee, Esq., is as follows:

> The Law Office of Leighton K. Lee
> 222 Merchant Street, Suite 201
> Honolulu, Hawaii 96813
> Telephone No.: (808) 531-3244

b)    Leighton K. Lee, Esq., has provided written consent to his designation (which written consent is attached to this Application), and has agreed to serve as associate counsel to Defendant in this matter.

NOW THEREFORE, Leighton K. Lee and Brian D. Hershman hereby respectfully apply to this Court for permission for Brian D. Hershman to appear *pro hac vice* on behalf of Defendant for all purposes in this matter.

This application is based upon the Local Rules of Practice for the United States District Court for the District of Hawaii, the accompanying Consents and Declaration of Leighton K. Lee, Esq., and the accompanying Declaration of Brian D. Hershman, and all of the papers and proceedings in this matter.

DATED:  Honolulu, Hawaii, February 22, 2007.

LEIGHTON K. LEE
Attorneys for Defendant