IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>KENNETH CHIO HENG IONG,<br><br>　　　　　Defendant. | CR. No. 05-00117-01 HG<br><br>CONSENT |

## CONSENT

I hereby consent to my designation by Brian D. Hershman as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and upon whom papers may be served.

DATED: Honolulu, Hawaii, February 22, 2007.

_____
LEIGHTON K. LEE