IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>KENNETH CHIO HENG IONG,<br><br>    Defendant. | CR. No.5-00117-01 HG<br><br>DECLARATION OF LEIGHTON K. LEE |

## DECLARATION OF LEIGHTON K. LEE

LEIGHTON K. LEE hereby declares that:

1.  I will be seeking an order from this Court to substitute as counsel for Kenneth Chio Heng Iong ("Defendant") in the above-referenced matter.

2.  I am competent to testify to the matters set forth herein, and I make this Declaration in support of the Application for Permission for Brian D. Hershman to Appear *Pro Hac Vice*.

3.  I am a member in good standing of the Hawaii State Bar.

4.  I hereby consent to Brian D. Hershman's designation, I agree to serve as associate counsel for defendant, and I agree to the participation of Brian D.

Hershman as a non-resident attorney for all purposes in the above-captioned matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this \_\_22\_\_ day of February, 2007, in Honolulu, Hawaii.

_____
LEIGHTON K. LEE