IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. No. 05-00117-01 HG |
|---|---|
| Plaintiffs, | DECLARATION OF BRIAN D. HERSHMAN |
| vs. | |
| KENNETH CHIO HENG IONG, | |
| Defendant. | |

## DECLARATION OF BRIAN D. HERSHMAN

BRIAN D. HERSHMAN hereby declares that:

1. I am of counsel in the law firm of Jones Day, 555 South Flower Street, 50th Floor, Los Angeles, CA 90071; telephone number (213) 489-3939. My firm has been retained by Kenneth Chio Heng Iong ("Defendant") to appear in this Court.

2. I hereby seek admission *pro hac vice* before this Court with respect to CR No. 05-00117-01 HG, as counsel with Leighton K. Lee and the law firm of the Law Office of Leighton K. Lee, 222 Merchant Street, Suite 201, Honolulu, Hawaii 96813, in said case.

3. My residence address is 922 Milmada Drive, La Canada, CA 91011.

4. I am a member in good standing and eligible to practice law in the State of California, in the United States District Courts for the Northern and Central Districts of California, and the United States Court of Appeals for the Ninth Circuit.

5. I am not currently suspended or disbarred in any court.

6. I am not a resident of nor am I regularly employed, or engaged in business, professional, or law-related activities in the State of Hawaii.

7. As noted above, Leighton K. Lee, Esq. is hereby designated as required by Rule 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii (Local Rule 83.1(e)), as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the above-mentioned case and upon whom papers may be served in said case. Leighton K. Lee's address and telephone number is listed in the caption of this Application.

8. Pursuant to Local Rule 83.1(e), Leighton K. Lee shall, at all times, meaningfully participate in the preparation and trial of this case with the authority and responsibility to act as attorney of record for all purposes. Any document required or authorized to be served on counsel by the Federal Rules of Civil Procedure, or by the Rules of this District, shall be served upon Leighton K. Lee.

Such service shall be deemed proper and effective service. Leighton K. Lee, or a member of his firm, when he is unavailable, shall attend all proceedings before this Court related to the case unless excused by this Court.

9.  I am not currently admitted to this Court, nor have I previously made a *pro hac vice* application to this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22 day of February, 2007, in Honolulu, Hawaii.

_____
BRIAN D. HERSHMAN