ORIGINAL

LAW OFFICE OF LEIGHTON K. LEE
Leighton K. Lee-2975
222 Merchant Street, Suite 201
Honolulu, Hawaii 96813
Tel. No.: (808) 531-3244
Facsimile No.: (808) 531-3247
E-mail: leighton@hawaiilaw.org
        And
JONES DAY
BRIAN D. HERSHMAN, ESQ.
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
bhershman@jonesday.com

Attorneys for Defendant
KENNETH CHIO HENG IONG

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 23 2007

at 9 o'clock and 15 min. A M
SUE BEITIA, CLERK

LODGED

FEB 22 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>KENNETH CHIO HENG IONG,<br><br>        Defendant. | CR No. 05-00117-01-HG<br><br>ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR BRIAN D. HERSHMAN TO APPEAR *PRO HAC VICE* |
|---|---|

ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR BRIAN D. HERSHMAN TO APPEAR *PRO HAC VICE*

The Application of Brian D. Hershman for permission to appear and participate in the above-captioned matter having been duly considered by the Court;

IT IS HEREBY ORDERED that the applicant may appear *pro hac vice* in the above-entitled case, upon payment of the appropriate fees.

DATED: Honolulu, Hawai'i, _____2·22·2007_____.

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT OF HAWAII