# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/23/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00117HG |
| CASE NAME: | USA v. (01) Kenneth Chio Heng Iong |
| ATTYS FOR PLA: | Leslie Osborne |
| ATTYS FOR DEFT: | (01) Stuart Fujioka, withdrawing counsel<br>(01) Brian Hershman, incoming retained counsel<br>(01) Leighton Lee, incoming local counsel |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/23/2007 | TIME: | 2:09-2:33:26pm |

COURT ACTION:  EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew. Defendant present, not in custody.

The Court has received a copy of a Withdrawal and Substitution of Counsel.  Court questions defendant and the Court approves the substitution.  The Pro Hac Vice application filed on 2/22/07 is also approved.

Defendant sworn, questioned by the Court.  Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed.  Memorandum of Plea Agreement signatures verified and filed.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of Guilty as to Counts 3 and 11 of the Indictment entered by the Defendant.  Government to dismiss the balance of the Indictment as to defendant 01.  R&R signed, with 10 days to object.  Pre-Sentence report ordered from USPO.

SENTENCING as to Counts 3 and 11 of the Indictment set for 6/7/07 at 1:30 p.m. before Judge Gillmor

The following dates are hereby vacated as to defendant 01:
3/5/07, 8:30am, Final Pretrial Conference, Judge Gillmor
3/13/07, 9:00am, Jury Trial, Judge Gillmor

Defendant's current conditions of release to continue.

Submitted by: Shari Afuso, Courtroom Manager