NISHIOKA & FUJIOKA
a Law Corporation

STUART N. FUJIOKA 4223
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@nishiokafujiokalaw.com

Attorney for defendant
Kenneth Chio Heng Iong

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 23 2007

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| United States of America, | Cr. No. 05-117-HG |
|---|---|
| v. | 26 U.S.C. §7201, 18 U.S.C. §§1014, 2 and 1028(a)(4) |
| Kenneth Chio Heng Iong, [01]<br>Dorothy Chiu Lai Yung, [02]<br>defendants. | WITHRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT [01] KENNETH IONG<br><br>The Hon. Helen Gillmor |

<u>WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT [01] KENNETH IONG</u>

In accordance with Rule 1.16 (a)(3) and (d) of the Hawaii Rules of Professional Conduct, Stuart N. Fujioka, of the above address, hereby withdraws as counsel for the defendant and **Leighton K. Lee**, 222 Merchant St. #201 Honolulu, HI 96813, ph. 531-3244, along with **Brian Hershman** of Jones Day, 555 S. Flower St. 50th Flr. Los Angeles, CA 90071-2300, ph. 213-489-3939 [to be admitted *pro hac vice*], enter their appearance. The undersigned client consents. Defendant has pled guilty pursuant to plea

agreement and sentencing will be scheduled so as to permit sufficient time for adequate representation.

Dated: Honolulu, Hawaii, ___FEB 23 2007___.

_____
Stuart N. Fujioka
withdrawing attorney

_____
Leighton K. Lee
appearing attorney

_____
Brian Hershman
appearing attorney, pro hac vice

approved and agreed:

_____
Kenneth Iong, client

Approved and so ordered:

_____
Magistrate Judge of the Above-Entitled Court

C:\Doc\Fedcrim\2006\IONG\wdr&subst.001.wpd

U.S. v. Iong, USDC Hawaii, Cr. No. 05-117 Withdrawal and Substitution of Counsel for Defendant [01] Kenneth Iong

2