ORIGINAL

LAW OFFICE OF LEIGHTON K. LEE
LEIGHTON K. LEE-2975
222 Merchant Street, Suite 201
Tel. No.: (808) 531-3244
Facsimile No.: (808) 531-3247
E-mail: leighton@hawaiilaw.org
   And
JONES DAY
BRIAN D. HERSHMAN, ESQ. (Pro Hac Vice)
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
bhershman@jonesday.com

Attorneys for Defendant
KENNETH CHIO HENG IONG

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 14 2007

at 2 o'clock and 39 min. P M
SUE [illegible], CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR No. 05-00117-01-HG |
|---|---|
| Plaintiffs, | |
| vs. | DEFENDANT'S NOTICE OF MOTION AND MOTION TO CONTINUE SENTENCING HEARING; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF BRIAN D. HERSHMAN; CERTIFICATE OF SERVICE |
| KENNETH CHIO HENG IONG, | |
| Defendant. | |
| | Date:<br>Time:<br>Judge: Honorable Helen Gillmor |
| | <u>Sentencing Date</u>: June 7, 2007 |

## DEFENDANT'S NOTICE OF HEARING OF DEFENDANT'S MOTION TO CONTINUE SENTENCING

TO:  LESLIE E. OSBORNE, JR., ESQ.
    Assistant United States Attorney
    EDWARD H. KUBO, JR., ESQ.
    United States Attorney
    Room 6100, PJKK Federal Building
    300 Ala Moana Boulevard, Box 50183
    Honolulu, Hawai'i 96850

**PLEASE TAKE NOTICE** that Defendant Kenneth Chio Heng Iong will, and hereby does, bring a Motion to Continue the Sentencing currently scheduled for June 7, 2007 before this Court in the courtroom of the Honorable Helen Gillmor, United States District Judge, United States Courthouse, 300 Ala Moana Boulevard, Room C338, Honolulu, Hawaii 96850 on:

_____, 2007 at _____ _____.m., or as soon thereafter as counsel can be heard.

## MOTION

Defendant Kenneth Chio Heng Iong respectfully moves for an Order continuing the sentencing currently scheduled for June 7, 2007 to September 13, 2007, or a date thereafter convenient to the Court. As discussed in the accompanying Memorandum of Points and Authorities, defendant formally

retained new counsel on or about February 23, 2007 in connection with his agreement to plead guilty to Counts 3 and 11 of the Indictment. At the same time, defendant retained a forensic accounting expert to analyze the financial information provided by the government, including defendant's tax returns, to determine the actual tax loss to the government and defendant's outstanding tax liability.

In order to allow new counsel and defendant's retained expert to review the voluminous financial documents, analyze the relevant information and allow defendant the time necessary to secure resources to pay back any outstanding tax liability, defendant requests that the sentencing be continued in the interests of justice to September 13, 2007, or a date thereafter convenient to the Court.

DATED: 3/14/07, Honolulu, Hawaii   JONES DAY

By: _____
Brian D. Hershman
Attorney for Defendant,
Kenneth Chio Heng Iong