## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on the following parties at their respective addresses by means of depositing the same with the U.S. mail, postage prepaid, or by hand deliver.

TO:   LESLIE E. OSBORNE, JR., ESQ.
Assistant United States Attorney
EDWARD H. KUBO, JR., ESQ.
United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard, Box 50183
Honolulu, Hawai'i 96850

Dated:   Honolulu, Hawai'i, March 14, 2007

_____
BRIAN HERSHMAN
LEIGHTON K. LEE
Attorneys for Defendant KENNETH CHIO HENG IONG