NISHIOKA & FUJIOKA
a Law Corporation

STUART N. FUJIOKA 4223
841 Bishop St. Ste. 224
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@nishiokafujiokalaw.com

former court-appointed
Attorney for defendant
Kenneth Chio Heng Iong

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 13 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

LODGED

MAR 0 2 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| United States of America, | Cr. No. 05-117-HG |
|---|---|
| v. | 26 U.S.C. §7201, 18 U.S.C. §§1014, 2 and 1028(a)(4) |
| Kenneth Chio Heng Iong, [01]<br>Dorothy Chiu Lai Yung, [02]<br><br>defendants. | STUART N. FUJIOKA'S EX PARTE MOTION TO UNSEAL 6/21/06 EX PARTE MOTION TO INCUR LITIGATION EXPENSES AND ORDER; DECLARATION OF MOVANT; EXHIBIT A; ORDER GRANTING MOTION |

STUART N. FUJIOKA'S EX PARTE MOTION TO UNSEAL 6/21/06 EX PARTE
MOTION TO INCUR LITIGATION EXPENSES AND ORDER

   Stuart N. Fujioka, an attorney who formerly represented defendant Kenneth Iong in accordance with 18 U.S.C. §3006A, respectfully requests unsealing the 6/21/06 ex Parte Motion to Incur Litigation Expenses; Declaration of Counsel; Exhibit "A;" Order for the limited purpose of obtaining a copy to facilitate reimbursement of the expenses incurred pursuant thereto. The document was filed under seal [see exhibit A] and neither the undersigned nor his predecessor, David Klein are able to otherwise locate a copy which is signed by the court and file-

stamped.

Dated: Honolulu, Hawaii, March 1, 2007.

_____
Stuart N. Fujioka

C:\Doc\fedcrim\2006\IONG\mtn-unseal.001.wpd