CM/ECF-DC V2.5 (11/05) **LIVE** - Docket Report                                     Page 1 of 1

| 06/21/2006 | 35 | Deft's EX PARTE MOTION To Incur Litigation Expenses #1; Declaration of Counsel; Exhibit a AND ORDER as to Kenneth Chio Heng Iong . Signed by Judge BARRY M. KURREN on June 21, 2006. [SEALED] (bbb, ) (Entered: 06/21/2006) |

EXHIBIT  A