IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| United States of America, | Cr. No. 05-117-HG |
|---|---|
| v. | 26 U.S.C. §7201, 18 U.S.C. §§1014, 2 and 1028(a)(4) |
| Kenneth Chio Heng Iong, [01]<br>Dorothy Chiu Lai Yung, [02]<br>defendants. | |

ORDER GRANTING STUART N. FUJIOKA'S EX PARTE MOTION TO UNSEAL 6/21/06 EX PARTE MOTION TO INCUR LITIGATION EXPENSES AND ORDER

Good cause appearing, Stuart N. Fujioka's ex Parte Motion to Unseal 6/21/06 ex Parte Motion to Incur Litigation Expenses and Order is granted.  The clerk of court is directed to unseal the document and provide movant with a copy.

Dated: Honolulu, Hawaii, _3/5/07_.

_[signature]_
U.S. Magistrate Judge