EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR.  #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: les.osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | CR. NO. 05-00117-01 HG |
| ) | |
| Plaintiff, ) | UNITED STATES' OPPOSITION TO |
| ) | DEFENDANT'S MOTION TO CONTINUE |
| vs. ) | SENTENCING; MEMORANDUM; |
| ) | CERTIFICATE OF SERVICE |
| KENNETH CHIO HENG IONG, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| _____) | Sentencing Date: June 7, 2007 |

UNITED STATES' OPPOSITION
TO DEFENDANT'S MOTION TO CONTINUE SENTENCING

Comes now the United States of America, who, by and through these pleadings, oppose the Defendant's motion for a continuance of the sentencing in this matter.  This opposition will be based upon this pleading, the files and records of this case, and any argument that may be presented at any hearing called by the Court.

DATED:  March 16, 2007, at Honolulu, Hawaii.

                     EDWARD H. KUBO, JR.
                     United States Attorney
                     District of Hawaii


                     By /s/ Leslie E. Osborne, Jr.
                        LESLIE E. OSBORNE, JR.
                        Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses, on March 16, 2007:

    **Served by First Class Mail:**

    Leighton K. Lee, Esq.
    Law Office of Leighton K. Lee
    222 Merchant Street, Suite 201
    Honolulu, HI  96813

    Brian D. Hershman, Esq.
    555 South Flower Street, Fiftieth Floor
    Los Angeles, CA  90071

    Attorneys for Defendant
    KENNETH CHIO HENG IONG

    DATED:  Honolulu, Hawaii, March 16, 2007.

    /s/ Gloria Parker