# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 21, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | Crim. No. 05-00117 HG-01 |
| CASE NAME: | United States v. (01) Kenneth Chio Heng Iong |
| ATTYS FOR PLA: | AUSA Leslie E. Osborne, Jr. |
| ATTYS FOR DEFT: | (01) Leighton K. Lee, Esq.<br>(01) Brian D. Hershman, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | | TIME: | |

COURT ACTION:   **MINUTE ORDER**

   DEFENDANT'S MOTION TO CONTINUE SENTENCING filed on March 14, 2007 (Doc. 80) is **DENIED**.

   As the Government pointed out in their March 16, 2007 response to the Defendant's motion to continue, this case has been continued numerous times at the request of the Defendant.  The Court notes the Government has made discovery available to the new defense attorney since February 23, 2006.  The defense has an additional two and one-half more months prior to sentencing.  There is ample time to deal with the issues presented here.


   Submitted by: Mary Rose Feria, Courtroom Manager

cc:   above counsel
      U.S. Probation Office
      Chief Judge Helen Gillmor's chambers