CR 05-117 HG

UTF

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 • 0338

CLERK
OFFICIAL BUSINESS

Kenneth Chio Heng Iong
500 Kuwili Street #100
Honolulu, HI 96817

RECEIVED
CLERK U.S DISTRICT COURT
APR 12 2007
DISTRICT OF HAWAII

RTN TO
SENDER
4/6

PRESORTED
FIRST CLASS

NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD

UNITED STATES POSTAGE
$00.37¹
02 1M
0004217584
MAILED FROM ZIP CODE 96817
APR 05 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00117-01 HG |
| | ) | |
| Plaintiff, | ) | ACCEPTANCE OF PLEA OF GUILTY, |
| vs. | ) | ADJUDICATION OF GUILT AND |
| | ) | NOTICE |
| KENNETH CHIO HENG IONG, | ) | OF SENTENCING |
| (01) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND
<u>NOTICE OF SENTENCING</u>

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts 3 and 11 of the Indictment is now accepted and the Defendant is Adjudged Guilty of such offense(s). All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 4, 2007.



/S/ Helen Gillmor
_____
Helen Gillmor
Chief United States District Judge

GUILTY.ACP

## Pleas and Plea-Related Documents

1:05-cr-00117-HG USA v. Iong, et al

## U.S. District Court

### District of Hawaii - CM/ECF V3.04 (3/07)

### Notice of Electronic Filing

The following transaction was entered on 4/5/2007 at 9:58 AM HST and filed on 4/5/2007
**Case Name:** USA v. Iong, et al
**Case Number:** 1:05-cr-117
**Filer:**
**Document Number:** 85

**Docket Text:**
ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING as to (01) Kenneth Chio Heng Iong - Signed by Judge HELEN GILLMOR (emt, )


**1:05-cr-117-1 Notice has been electronically mailed to:**
Leslie E. Osborne, Jr les.osborne@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov, gloria.parker@usdoj.gov
Donna Gray donna_gray@fd.org, christina_fuller@fd.org, fpdhi@hotmail.com
Loretta A. Faymonville Loretta_Faymonville@fd.org, christina_fuller@fd.org, fpdhi@hotmail.com

**1:05-cr-117-1 Notice will not be electronically mailed to:**

Brian D. Hershman
555 South Flower Street, Fifthieth Floor
Los Angeles, CA 90071

Kenneth Chio Heng Iong
500 Kuwili Street #100
Honolulu, HI 96817

Leighton K. Lee
Law Office of Leighton K Lee
222 Merchant St Ste 201
Honolulu, HI 96813

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1095854936 [Date=4/5/2007] [FileNumber=259492-0]
[212a1edcdb2aced822376ee46b6833d0a548723ace5ac58050af753ec23329de42e67
f4bb402aae443d8280c9a64b1e27dccaeac4c66e7956ae049790e408cf9]]

Kenneth Chio Heng Iong
500 Kuwili Street #100
Honolulu, HI 96817

CR 05-00117 HG-01