EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR.  #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00117-01 HG |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| KENNETH CHIO HENG IONG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**GOVERNMENT'S SENTENCING STATEMENT**

The UNITED STATES has no objections or other additions to the Proposed Presentence Report in the above-captioned matter.

The parties have agreed to meet on Thursday, May 3, 2007, for the purpose of reaching an agreed upon tax loss figure. If that meeting is unsuccessful then the government would agree with the contention of Probation set out in paragraph 54 that the

minimum tax loss would be computed at $210,368.00 using the presumptive 28% rate.

        DATED:  April 27, 2007, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              By /s/ Leslie E. Osborne, Jr.
                                 LESLIE E. OSBORNE, JR.
                                 Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served via First Class mail:

    LEIGHTON K. LEE, ESQ.
    222 Merchant Street, Suite 201
    Honolulu, HI  96813

    BRIAN D. HERSHMAN
    555 South Flower St., 15th Floor
    Los Angeles, CA  90071

    Attorneys for Defendant
    KENNETH CHIO HENG IONG

Served by Hand-Delivery:

    **U.S. PROBATION OFFICE**
    Attn: ROY T. KAWAMOTO
    300 Ala Moana Boulevard
    Honolulu, Hawaii 96850

DATED: April 27, 2007, at Honolulu, Hawaii.

                      /s/ Cheri Abing