Exhibit C

May 22, 2007

The Honorable Helen Gillmor
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Dear Honorable Helen Gillmor,

When I first met Ken long in 1998, my initial impression of him was that he was a very passionate and talented businessman. As I started doing business with Ken, I realized that there was more to Ken than just a smart businessman doing business in the island. Ken was a kind-hearted and generous man. Ken loved to get into every nook and cranny of his business. To my surprise, Ken knew the names of every driver, sales clerk, office worker, janitor, production worker and waiter that worked under him and there were hundred of them. For me, such intimacy of a chief executive with his employees is unheard of.

Working with Ken for the past decade, Ken has mentored me in the art of business management and marketing in Hawaii. Without Ken, I would not have had this wonderful opportunity to reach my full professional potential. Ken's integrity and professionalism with which he operates his business was a shining example for me and other businesspeople in Hawaii to follow.

Outside of the business, Ken and I have a wonderful relationship. As the mother of Ken's son, I have also seen another side of Ken. Ken is a caring, nurturing father to our two year old son, Wynn. When raising our son has become tough and difficult, Ken has always been there for me emotionally and spiritually.

In the entire decade that I have known Ken, I had never seen him as happy and cheerful as he is when he is playing with Wynn. When Ken leaves to go to work, Wynn would run all the way to the door and wave good-bye to Ken as he leaves home. Afterwards, he would start whining and crying, because he misses his dad, Ken.

I am speaking to you, Judge Gillmor, as a concerned mother, without Ken, it would be very difficult to raise young Wynn financially and emotionally. I am asking you to give Ken the second chance and to show mercy and sympathy to Ken when you are making your decision.

Sincerely,

Jinny Meksakul
2113 Lime Street, A4
Honolulu, HI 96816