# Exhibit E

April 15, 2007

**The Honorable Helen Gillmor**
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.,
Honolulu, Hawaii 96850

RE: Kenneth Chio Heng long's sentencing

The Honorable Helen Gillmor,

My name is Edward Fan, and I am writing this letter to make a statement about Kenneth long's character. Although Kenneth is my uncle, I will try to be as honest and as truthful as possible in this statement to you. To give you some background information on myself, I am an 18-year old sophomore at Tufts University in Medford, Massachusetts majoring in Chemical Engineering and minoring in Engineering Management and Entrepreneurial Leadership.

Throughout the past 18 years, I have lived in the same house as Kenneth for about 14 years and interacted with him on a daily basis, so I feel that my opinion of his character may be one of the most compelling. Because of my constant interaction with Kenneth, he has been able to influence and shape the successful man that I have become today. To some extent, Kenneth has played the role of a father figure to me, because I grew up in Hawaii, whereas my real father was in Maryland. He has treated me no less than a son, and I am very grateful for his support in helping my mother raise me and put me through the best education I could receive in Hawaii at Iolani School.

Those who know of him, but do not know him personally will say that Kenneth possesses a very stern, professional, strictly ethical, down-to-business outward appearance. People can typecast him as an entrepreneur and an ambitious individual: the type who will never have enough time to accomplish everything he dreams to do. More importantly, however, Kenneth is the type of individual who seeks to accomplish great things, not for himself, but for the entire Hawaii community. Kenneth excels at what he does because he knows what resources he has to work with and what contacts are capable of helping him. Within the last 18 years that he has been an entrepreneur in Hawaii, he has provided jobs for and positively influenced both directly and indirectly tens of thousands of people.

I personally am seeking to be an entrepreneur to follow in the footsteps of Kenneth, and he has been not only a role model but also a mentor to me. Every time I return to Hawaii from college, Kenneth speaks to me one-on-one and provides guidance to me in terms of my career path and what I should currently be doing to achieve my future goals.

Kenneth is a church-going man and a philanthropist. He has, on many occasions, visited homeless shelters and provided mentoring and advice for the homeless. When I was younger, I witnessed his philanthropic nature as he donated his money and services to various charities even at the loss of his own company. Because I was younger at that time, I did not understand why he would be so generous to others even though he himself was suffering financially. Now as an older and more mature individual, I realize that Kenneth donated at his own loss because he is a strong believer in helping other people and different causes, which is what is truly important to his life.

Within the past two years, I have seen a new side of my uncle: a loving father. With his two-year old son, Wynn, Kenneth is a different person: he is silly, goofy, and playful with his son. Wynn, who can barely even speak a word, recognizes his father's love and reciprocates in the like. If Kenneth were to be separated from his son, it would break both his heart and the hearts of family, because when both father and son together, the happiness and joy that radiates from that relationship is so apparent.

I hope you will take into your kind heart these statements that I have made in this letter to you, Your Honor. Kenneth long is a great man: a loving father, a caring uncle, an ambitious entrepreneur, a philanthropic church-goer, and a spectacular role model for the rest of the Hawaii community to look up to.

Sincerely,
Edward Fan
Tufts University
17 Latin Way
Medford, MA, 02155