# Exhibit F

April 12, 2007

**The Honorable Helen Gillmor**
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.,
Honolulu, Hawaii 96850

RE: Kenneth Chio Heng long's sentencing

Your Honor,

I have known Kenneth long for 21 years as his nephew. In that time, I have found him to be a kind and caring person, and a wonderful role model for me and my siblings.

Growing up in Hawaii, I spent a lot of time with Uncle Ken, during which I learned a great deal from him, both in terms of worldly knowledge as well as character. Whenever I had problems (or caused them), he would take me aside and give me advice as to what I was doing wrong or what to do from them on. I gained a lot from him, and attribute both my hard work ethic and my academic success to his encouragement and support. If not for him, I highly doubt I would be graduating from graduate school at the young age of 21. Even now, with all his legal and financial troubles, he still takes the time to email or call me and see how I am doing, or to give me advice to help me out.

He cares greatly for his family, especially his 2 year old son. His son is a great and fun kid, but, as with all kids, requires both parents in order to grow up well adjusted and to learn from both their experiences.

For your information, I am currently in my final year of business school to obtain my Masters in Business Administration in the state of Oregon. I spent most of my childhood being raised in Hawaii, spending a lot of my time with my uncle while growing up. One of my recent projects was participation in the Oregon Ethics in Business Award, where I was responsible for investigating business' commitment to their employees and communities. Uncle Ken's business fundamentals were similar to many of the businesses I investigated, one of which ended up winning the OEB Award.

I strongly urge you to pass a positive sentence for my Uncle Ken, who has been nothing but kind and caring to his family and community.

Yours faithfully

Howard Fan

900 State St B240
Salem, OR 97301
(808) 224-1144