# Exhibit G

709 NE 42nd St
Seattle, WA 98105
Saturday, April 14, 2007

**The Honorable Helen Gillmor**
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.,
Honolulu, Hawaii 96850

Re: Kenneth Chio Heng Iong

Dear Judge Gillmor,

Kenneth Iong is my uncle on my mother's side. I've known him all my life, including four years when my mother, brothers and I lived with him in the 1990s.

I don't know where my brothers and I would be today if not for Uncle Ken. My father has had mental health problems for many years and was unable to provide for his children. Uncle Ken gave my mom a job, gave us a place to live, and was always there to help financially or emotionally whenever we needed it. He set a good example for us, always stressed honesty, and helped us understand the meaning of family. He now has a young son, and whenever I go home to Hawaii on visits, I see that he is one of the most caring and loving fathers I've ever met.

Additionally, as a hard-working businessman in Hawaii, Ken Iong has provided countless local people with jobs over the years. Growing up, I was always amazed at his dedication to his job and to the community. He is creative and determined, and I am sure that Hawaii's economy still has much to gain from his business experience and intelligence. It would be a pity for the whole community if Ken Iong were sentenced to prison.

I am currently a 4th-year doctoral student working on my PhD in Computer Science and Engineering at the University of Washington in Seattle, one of the top programs in the country. I am sure that if Uncle Ken had not stepped in to help my family, I would not be where I am today.

Thank you.


Sincerely,

*Sandra B Fan*

Sandra B. Fan