# Exhibit H

April 16th, 2007

The Honorable Helen Gilmor
Chief U.S. District Court of Hawaii
US District Court of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

I am writing this letter on behalf of Kenneth Iong with whom I've had the pleasure to work for between 1991 to 1993. He has proven himself to be a very successful businessman and leader within the community, establishing several very successful companies within the food industry, including two popular national brand franchises. He has accomplished through hard work, perseverance, and dedication to excellence. He had provided jobs and opportunity to several hundred Hawaii's citizens.

While working alongside with him, I have witnessed his leadership, fairness, and his desire to be involved in community affairs. I also learn great deal about business, and character from Ken and he has been my mentor both on business and personal ever since. If it was not for Ken's help and guidance, I will not be where I am today, a hard working, and productive citizen with the love to help other and make a different in the life of others.

I can confirm that Ken is a man of integrity, is extremely dedicated family man and has often times put the well being of others ahead of himself. Through his vision and dedication to detail, his businesses have grown with success. Ken is and has been a responsible, civic-minded member of the community who has supported several non-profit organizations with great causes.

Ken has shown great strength in the face of much adversity as he has had to overcome a great deal in the past few years. This adversity seems only to have given him a renewed sense of worth, a new resolve, and the strength to carry on. He is presently helping others through an outreach program and is helping to counsel young people in both businesses as well as in their personal lives just like he did for me many years ago.

Ken has so much more to give to the community, to his family, his son, and to himself if he were allowed to be free from any jail time. It is with great earnest that I implore you to consider the positive impact he has made on so many people, and can continue to make, if you will, please make the right determination and give Ken the second chance.

Sincerely,

Jason Lum
808-520-1238