# Exhibit I

# mfit USA, LLC.

## Fashion Jewelry & Accessories

77-91 Queen's Rd. W. 13/Fl 'B'
Hollywood Centre, Sheung Wang
Hong Kong
HKG Cell: 852.9407.5399
China Cell: 86.1368.186.8008

23625 Carlson Court
Hayward CA. 94541-4583
U.S.A.
US Tel: 1.510.206.6161
US Fax.1.510.733.5187

Email: ritachung@asian2woman.com ~ asian2woman@yahoo.com
www.asian2woman.com

April 13, 2007

**The Honorable Helen Gillmor**
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.,
Honolulu, Hawaii 96850

**Kenneth Chio Heng Iong**

I have known Kenneth for 22 years as business associate, and later become good friends.

I can confirm that he is a man of great integrity, is extremely dedicated to his family and work, and is entirely peace-loving.

Through out the years I have known Ken, he has always been a caring and giving person, not much with words but his generosity in assisting his friends and staffs has always been low key and discreet. With years of working along him for various occasions, we might have shared differences in opinion and ways of implementing our business, we always concluded to the same ideas of aspiration and goal. In conclusive to being friends and working side by side with arguments, there are still respects towards this honorable kind hearted man. And more so, under the circumstances when running into difficulties there are always friends extending assistance to Ken. These are indications of reciprocations of him extending his support and aids to his friends. This natural kindness towards his family, staff and friends, without waiting for rewards, simply shows that Ken is a kind hearted and straight forward person.

For your information, I am Rita Chung, owner/designer of my own business, mfit USA LLC (Fashion Jewelry) located in San Francisco, California. I've lived in Hawaii for over 20 years off and on and in Asia, being the publisher for Taiwan Edition for Esquire and Cosmopolitan Magazines; general manager of Production & PR firm in Shanghai China, and also directors of beverage and ice cream distributions in Hong Kong and Macau. I have also written and published a book of human relationships in Taiwan over 10 years ago. And presently resides in San Francisco, California and remain close friends and constantly communicate with Ken.

Through out the years I have known Ken Iong, he has always been a supportive and also a fun and genuine friend. If in any situation that requires my assistance to this dear friend, I will definitely be there for him.

Yours faithfully,

Rita K Chung

President