# Exhibit J

April 1, 2007

The Honorable Helen Gillmor
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Your Honorable Helen Gillmor,

### RE: KENNETH CHIO HENG IONG

I have known Ken Iong for 10 years both as a business affiliate and family friend.

I can confirm that he is a man of great integrity, extremely devoted to his family and work. Soft spoken and peace loving, Ken is well respected among his peers and by his staff. Generous in nature, he often went the extra mile to help others in need and always sought out the best in people. His passion and dedication in his pursuit of excellence and success is admirable.

For your information, at present, I am a stay at home mom and a small business owner. I design and create hand crafted fashion jewelry for resale. I am grateful for Ken's encouragement both on a professional and personal level throughout the years while juggling to raise a young family and manage my business.

I, along with my husband, Grant, vouch for Ken as a productive citizen and valuable contribution to society. We respectfully request your consideration to administer grace and mercy in his case and that he be allowed to best serve his community.

Yours Faithfully,

*[signature]*

Lynnette Shimabukuro