# Exhibit M

April 11, 2007.

The Honorable Helen Gillmor
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii   96850

    I have known Kenneth Chio Heng Iong for approximately seven (7) years while serving as Principal at Maemae Elementary School from 1995-2003. As a school administrator, one of my goals was to enrich our school's curriculum and programs to provide students with the best education possible. It was this goal that established a supportive and genuine relationship with Kenneth Chio Heng Iong.

    Through his support, we were able to provide tutorial and homework helps to our students. Also, whenever we were in need of help, we could always call him. Today, in our school cafeteria, 36x36 color photos of our students' project linked to the study of Hawaiian Culture are proudly displayed. These were made possible through Mr. Iong and staff. His company without hesitation would come to the support of our school whenever there was a need.

    I can confirm that he is a person who genuinely values the educational development of students. Through his dedication, summer programs for students were also options from which parents could select to enroll their children to enrich their experiences.

    Furthermore, I believe that he is trustworthy, a person with strong respect for people and a man who cares about the school and community. He is open and responsive to doing what is needed to improve education for students.

    For your information, I have served in the educational profession for more than forty years and have worked with the gamut of diversity in both the school and community environments. I have been a classroom teacher, district resource teacher, school administrator, personnel specialist and retired as a school principal in 2003. Presently, I am still actively engaged in the assessment of personal and professional attributes of individuals pursuing the teaching profession.

Yours faithfully,

Beatrice L. Zane
809 Kumukahi Place
Honolulu, Hawaii  96825