Exhibit O



# Grace Bible Church

98-751 Kuahao Place
Pearl City, HI 96782
Phone 808.484.0061/Fax 808.484.9356

*"Passion for God, Compassion for People"*

April 15, 2007

The Honorable Helen Gillmor
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Dear Honorable Helen Gillmor,

I've been privileged to have known Kenneth Chio Heng Iong for the past year as a dear friend and partner in making a positive impact in reaching the next generation. My heart is to equip the youth of these islands to raise the ethical standard on their campuses and that the youth would be a positive influence on their families and communities. Ken shares my passion in reaching the young people of these islands.

Ken's heart to help youth and other adults in fulfilling their full potential has drawn me to continually pursue a partnering relationship. He is a man of integrity, selfless, and compassionate. I've seen Ken interact with his son, fellow church members, and other business men. He lives his life loving God and serving others.

He also seems to be one who goes out of his way to serve. One instance is the moment we first met when he approached me to ask if he could help my efforts in reaching the youth generation. Ken came with me on the various campuses I work on and quickly began to make a positive impact in interacting with the youth and conjuring ideas to better our youth programs.

In almost two decades of working with people as a minister, counselor, and teacher in the church and educational settings, I've been in various positions to analyze and form an opinion on thousands of people. My opinion of Ken is that he is a strong contributor to the community and works diligently to see that others are in optimal position to give their best in being a solid contributor to their community as well.

Together serving the community,

Juan Balila, Jr.
Youth Pastor, Grace Bible Church