# Exhibit Q



**CITY CONSTRUCTION, INC.**
2706 A. Kilihau Street • Honolulu, Hawaii 96819
Telephone 839-5025 • Fax (808) 839-5035

The Honorable Helen Gillmor
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Kenneth Chio Heng Iong

Dear Honorable Helen Gillmor,

    I have known Ken Iong for over a year now in several area of my life. He is a member of C 12, a group of Christian business owners that I belong to also. He also attends the Grace Bible Church Pearlside that my wife and I have started attending since last year.

    In my association with him at C 12, I have come to know his character in the area of business and home. His love and caring for employees, employers and fellow business associates, is one of integrity, honesty and righteousness. His decisions, insight and actions are all in line with what he says. He actually walks the talk.

    In my association with him at Grace Bible Pearlside, I have seen him serve as a greeter at the front door, name tag sign in greeter and a greeter handing out programs. He was also featured as a member of a businessperson's group that outreaches to the Kakaako homeless shelter. It was inspiring to know that Ken has given back to the people who need the hope and mentorship of a successful business person. He is truly a humble person who hardly says anything but shows it through his works and actions.

    I have been the owner of City Construction Inc. for 28 years. During that time in doing business in Hawaii, I have met a lot of people, good and not so good. I have become a pretty good judge of character being fooled many times in my 58 years on this earth. I have come to know Ken in a very special way as a friend and brother in the Lord. I trust him to the point where I am already planning to do many projects together in partnership to service the less fortunate people of Hawaii through maximum use of property and debt solving ideas. Ken Iong is a man of integrity whom I am proud to be associated with and also a business partner in the future. Thank you for your time and consideration in reading of this letter. He is my FRIEND and BROTHER in Jesus. I pray you will take this into consideration as you make your decision. Have a great day.

Blessings,

Dave Asato
President City Construction Inc.