# Exhibit R

April 13, 2007

**The Honorable Helen Gilmore**
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.,
Honolulu, Hawaii 96850

Kenneth Chio Heng long

I have known Mr. Kenneth long for 2 1/2 years as a fellow Christian and church member of Grace Bible Pearlside.

I can confirm that he is a man of great integrity, is extremely dedicated to God, his family and work, and is entirely trustworthy, dependable peace-loving and a man of God.   His generosity and compassion overflows whenever we discuss ways to reach out to those in our community who are less fortunate and challenged.  He is always willing to assist and never in my experience has he ever refused any request for help whether financially or personally.  Most often he offers assistance before being asked.

Knowing Ken for these past 2 ½ years has been an inspiration to my personal life and has changed my value system tremendously.  He is always an encouragement to me in my personal life as well as my business life.

 For your information, I am the owner of an architectural and project management firm in Hawaii and have been practicing professionally for 36 years.  I am married and have been a Christian for 3 ½ years and use my business not only to serve my clients but to improve the lives of people I come into to contact with daily.  Becoming a Christian has changed my life, my family and my business tremendously and has given true purpose and meaning to my life.  This is a testimony that is repeated daily by all who are reborne in the name of Jesus Christ.  Christ gives us a new eternal life and forgives us of our sins.

I am praying along with members of our church that consideration be given to Mr. long's rebirth as a Christian and for the "fruits of his walk" as a Christian over the past 2 ½ years.  I know Ken deeply regrets his past actions and I believe that all of us are regretful of something we have done in our past.

Thank-you for taking the time to consider my testimony.

Yours faithfully,

Dennis S. Nakamoto A.I.A.