Exhibit T

April 12, 2007

**The Honorable Helen Gillmor**
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.,
Honolulu, Hawaii 96850

### Kenneth Chio Heng long

I have known Ken long for 15 years initially as an employer, later as a business mentor, which more importantly who become a long time friend.

I can confirm that he is a man of great integrity, very generous and is extremely dedicated to his family and work. His relentless compassion for his family, friends, and previous employees has made him successful and acquired great support.

Furthermore, Ken has always been a caring and giving person. I experienced first hand the meaning of the phrase, "be kind to your neighbors." His generosity has given me a second chance in life to pursue my hopes and dreams. Without his guidance, I and others he has helped might have been another statistical failure in society.

For your information, I am a licensed Physical Therapist in the state of Washington. I provide the skills to maintain a high quality of health care under all types of medical circumstances related to the musculoskeletal system. Because of Ken's guidance and generosity, I am where who I am today. For many years of knowing Ken, he has instilled in me the importance of kindness and giving towards people of need. His teachings and experiences of every day life have led me to this awe and inspiring career of helping and giving back to the community. I am proud to say that I am an extension and product of his kindness and generosity.

I believe that Ken long is an important asset to the community. He beholds the motivation and kindness that will significantly contribute to benefit the community. It is with this in mind that he would be a great lost for all.

Yours Sincerely,

Angel Mabini, MSPT

8401 154th St. East

Puyallup, WA 98375