# Exhibit W



# The Senate
# State of Hawaii

### RECOGNIZING KENNETH IONG
### FOR HIS OUTSTANDING AND INNOVATIVE
### BUSINESS ACHIEVEMENTS IN HAWAII

**Kenneth Iong** represents a new breed of businessmen who recognize the importance of innovation and technology when doing business here in Hawaii. His philosophy of "investing in the future today" utilizing the latest automated hi-tech manufacturing equipment is evident in many of his current businesses and franchises.

In 1988 he began operating Sushi Chef as a small sushi take-out establishment in Honolulu. Today it has evolved into Hawaii's largest prepared food manufacturer, distributor and wholesaler, distributing over 300 different products daily on Oahu and the neighbor island. Sushi Chef has over 125 employees at its state of the art plant and warehouse and utilizes the most advanced arsenal of hi-tech equipment outside of Japan for its sushi manufacturing. Its musubi manufacturing machine is a prototype and is the only one of its kind in the world. Sushi Chef is also Hawaii's largest manufacturer of manapua and utilizes hi-tech equipment from China to produce products in "tonnage daily". Sushi Chef products can be found at supermarkets, chain stores, convenience stores, hotels, airline catering, airports, snack shops and local stores.

In 1998 Kenneth created Hawaii's first floating sushi restaurant when he opened the first of his Catch of the Day Sushi Restaurants. As the name implies, customers were required to "catch" their meals as they floated by on wooden sampan boats floating down a river of water. Catch of the Day prides itself on its wide variety of deliciously prepared Japanese and local favorites and its unique food delivery system. There are currently four locations in Market City, Kapiolani, Pearl City and Mililani.

Kenneth Iong is also the owner of Bakery Chef, a hi-tech automated bakery that specializes in high quality Japanese & Artisan breads, pastries, specialty donuts and other local favorites. By producing these items in large volumes, Bakery Chef can assure the customer of high quality upscale products at reasonable everyday prices.

Along with his many business ownerships, Kenneth Iong is also a successful franchise owner. He currently operates two Baskin Robbins 31 Flavors located in Waikiki and has recently reintroduced Dunkin Donuts back to Hawaii. The newly opened Dunkin Donuts in Pearl City is the first of 10 planned to open in the next three years.

On April 3, 2001, Kenneth Iong and his Dunkin Donuts in Pearl City received a special recognition award from the Dunkin Donuts national headquarters for having the world's largest sales ever recorded for its first week sales in the history of the company's 51 years of existence. While grateful for the honor, Kenneth graciously stated, "we owe it all to the people of Hawaii who waited patiently for it's return, this honor really goes to them".

The Senate of the Twenty First Legislature of the State of Hawaii, Regular Session of 2001, honors **Kenneth Iong**, for his outstanding and innovative business achievements and contributions in Hawaii and wishes him continued success in all his future endeavors.

Done this 5th day of April 2001
State Capitol, Honolulu, Hawaii

Rod Tam
Sponsoring Senator

President of the Senate

Clerk of the Senate

The 21st Legislature
Certificate No. 354