# Exhibit X

April 13, 2007

The Honorable Helen Gilmor
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.,
Honolulu, Hawaii 96850

Dear Honorable Gillmor,

Re:  Kenneth Chio Heng long

Through out all these years that I have come to know this young friend, I would like to
say that he has been an extremely big-hearted and caring young friend.  I have met Ken
in Honolulu through my daughter's introduction when I retired and resided in Hawaii
since 1990.

While moving into Honolulu permanently 17 years ago, Ken played a very important
friend.  My daughter was then relocated to Taiwan and I was basically along.  With
request from my daughter, Ken was the caring friend that assisted and took care of me
at all times.  Even without request, he frequently checked in on me to assured that I was
well taken cared of and that all situations were fine.  His attentiveness was unpretentious
and genuine.  I fully believed that Ken is a loving and sincere young friend.

I am Adna C. F. Fu, as Ken would address me as Auntie, has retired since 1990 from my
business of beverage (Seven-Up Soft Drinks and San Miguel Beer) distribution in Macau
for over 33 years.  I was the Managing Director for my company since 1957.  After
spending 5 years in Honolulu, I have moved and now permanently reside to California
living with my daughter since 1995.

Being 76 years of age, I vouch that Ken long is trust worthy, honest young man and I will
be willing to stand by him at all times.

Sincerely yours,

Adna C. F. Fu
23625 Carlson Court
Hayward, CA  94541-4583

April 24, 2007

The Honorable Helen Gillmor
Chief U.S. District Judge
300 Ala Moana Blvd.
Honolulu, HI 96850

Kenneth Chio Heng Iong

I have known Kenneth Chio Heng Iong for over twenty years as a patient in my dental practice.
I can confirm that he is a man of integrity, is dedicated to his family and work, and is entirely peace-loving.
Furthermore, I have found Mr. Iong to be sincere and responsible in his endeavors.
For your information, I am Lester Norio Harunaga, D.D.S.; I have been in private practice for over 25 years, and am also the Dental Director of a Hawaii Family Dental Center in Mililani.

Yours faithfully,

Dr. Lester Harunaga
1055 Kalo Place, Suite 101
Honolulu, HI 96826

14 April, 2007

The Honorable Helen Gilmor
Chief U.S. District Court of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii  96850

RE: Kenneth Chio Iong

I have known Mr. Ken Iong for over 14 yrs. as both a business associate and as a friend.  He has always been a man of integrity, honesty, and fairness in his dealings, conducting his business with incredible energy and enthusiasm.

The entrepreneurial spirit in him allowed him to grow his business, eventually providing jobs, throughout all his companies, to over 350 people of various cultures and ethnic backrounds.  As an employer, I observed his ongoing concern over the well being of all his employees, always assuring them of fair wages and the best possible working conditions.  This was something I always found to be so heartwarming, that no matter what his own situation might be Ken always made the time to listen to his employees and help whenever needed.

This same care and attention carries over to his family, to which he is totally dedicated.  He has always placed family first and has made certain that each of his family members are cared for.  His love of family is foremost and is evidenced in the success that has been achieved with his sister's children who were living with him from a very early age.  Ken is like a father figure to his sister's kids.  And now, as a new father to his beautiful baby boy, this love is even more evident.  Please do not separate the two.

Furthermore, I can attest to Ken's compassion for his fellow man.  It is so inspiring to see Ken today, working with the homeless and less fortunate.  I see a changed man, one who is much more humbled and now even more concerned about helping other people and various causes.  He is currently mentoring and giving counsel to young men through his church group and is making a positive difference in the life of many young persons.

As a teacher of Chinese Martial & Healing Arts, I know the importance of a strong foundation, the discipline of daily practice, and the strength that comes with being in service to others.  Ken has incorporated these same practices into his own life with great success and positive results.  I am not alone in my estimation that Ken is a valuable citizen within the community and can do so much more good work here.  And so I ask for your compassionate heart to prevail when determining his sentencing and that you give him a well deserved second chance.

Sincerely,

Edward Huls
4742-A Matsonia Dr.
Honolulu, Hawaii  96816

April 10, 2007

**The Honorable Helen Gillmor**
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

**Kenneth Chio Heng Iong**

I have known Ken for almost two years. I was introduced to Ken through our pastor, Norman Nakanishi of Grace Bible Church. Pastor Norman asked me to take Ken under my wings and mentor him. I have met with Ken on Wednesdays at 7:00am for breakfast, for over eighteen months.

During these times, I would share biblical principles on faith and walking in righteousness. He has learned how to pray and trust in God. He has learned to tithe and become a giver, not only in finances, but of his time. He has been a great support to one of our youth outreaches by regularly attending an after school program in which he used his own money and bought bibles for the young people to use. Ken also volunteers at the homeless shelter along with his small group which he meets with on a weekly basis.

I have seen a tremendous change in Ken's life. He volunteers as a Greeter at our church, passing out bulletins to the members on Sunday morning. When I first met Ken, he didn't smile that much. Now, he has a joy that comes from within. Since receiving Jesus Christ into his life, Ken is not the same person he was when I first met him a year and a half ago. Ken realizes what he has done was wrong. It seems to me, because of the change that Ken has experienced, he could do more to help the community by continuing to help young people stay off the streets, gangs and drugs and help the homeless by encouraging them and providing jobs and getting them back on their feet.

For your information, I own and run a business called C12 Group Hawaii. C12 is a round table of Christian CEO's and Business Owners. Each group meets once a month from 9am to 4pm at the Hawaii Prince Hotel. Prior to C12, I was a securities licensed (Series 6) Financial Advisor/COO for Shiraishi Financial Group. Before that, I was the General Manager of the Makaha Resort Golf Club. I also served as President of Akamai Roofing Company, President of Honolulu Moisture Detection Corp and President of Donald James Associates, Inc. specializing in Job Matching Programs which utilized behavioral assessment tools to hire more effectively. I was also Managing Director of an Import/Export company called World Trade Enterprises, Inc. I also served as Senior Associate Pastor at Grace Bible Church for nine years before God called me into the marketplace.

Sincerely yours,

Norman M. Katayama

**C12**
GROUP

CHRISTIAN CEOS/OWNERS PURSUING PERFORMANCE GOD'S WAY

394 N. Pine St.
Orange, CA 92866

April 13, 2007

The Honorable Helen Gillmor
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.,
Honolulu, Hawaii 96850

RE: Kenneth Iong

Dear Chief Judge:

I have known Kenneth Iong for more than twenty-five years and have been married to his sister for almost twenty years. Ken has always been a caring person for his family, friends and employees. We all are saddened by the mistakes that he had made a few years back. But nobody is more saddened and more disappointed by those mistakes than Ken himself. He has learned an important lesson. And he has learned it the hard way. Along with his personal wealth, he has lost the businesses that took him twenty years to build. Businesses that provided jobs to hundreds of residents and that contributed so much to the local economy. In addition to financial losses, he has suffered sentimental losses. And the worst loss of all, the twenty years that he will never get back.

When determining his sentence, I plead with you to consider the losses that Ken has already suffered, the lesson that he has learned, his repentance, his contributions to the community, past and present, and the basic needs of his wife and toddler son. Please also consider the value that he can contribute to the society if he is not incarcerated.

While punishments send a stern message, second chances are a more powerful way to help one get back onto the right path and to help him stay on that path. I beg you to give Ken a second chance.

Yours faithfully,

Henry Lau
ERP System Consultant

**MALCOLM LAU**
60 N. Beretania Street #2109
Honolulu, Hawaii 96817
Email: mlau391521@aol.com
(808) 554-9628

April 12, 2007

**The Honorable Helen Gillmor**
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.,
Honolulu, Hawaii 96850

### KENNETH CHIO HEN IONG

I have known Mr. Ken Iong for nine years as his friend and through business dealings. I can confirm that he is a man of great integrity, is extremely dedicated to his family and work, and is entirely peace-loving.

In all of my dealings with Mr. Iong on both a business and personal level, he has been true to his word, reliable and honorable. I have never known him to show anger towards himself or towards other people. Furthermore, he has never lead me to believe that he would purposely lie or cheat anyone, as it is not in his character to do so and because it would be against everything he believes in.

For your information, I am a Senior Vice President at a large financial institution and I have 16 years of hiring and managing professional workers. I have a solid background in understanding human relationships and I am a good judge of talent. My dealings with Mr. Iong have always been professional and entirely satisfactory.

If I were to describe Mr. Iong's moral character, it would be that he exhibits and believes in good ethics, honesty, integrity and sincerity in all that he does.

Mahalo,

Malcolm Lau

Malcolm Lau

April 13, 2007

**The Honorable Helen Gillmor**
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.,
Honolulu, Hawaii 96850

Kenneth Chio Heng Iong

Dear Judge Gillmor:

I have known Ken for about 2 months but was introduced to him by mutual friends who I have known through the ministry over the past 10 – 25 years.  The purpose of our meeting was that Ken offered to share some innovative business ideas with us.  Ken's ideas, enthusiasm and sincere desire to help people has been consistent and generous.

In the short time that I have know Ken, I have to been impressed with a man who has taken immense strides to be of service to people, to contribute in a very positive way to Hawaii's economic growth and benefit.  He demonstrates integrity and consistency in what he says and does for me and my business friends.  I have also met his sister and can see his commitment to family and friends.  He attends church with my business friends and serves faithfully there as well.  I know his pastor, Norman Nakanishi very well and know that Ken is in a good place in his life.

I look forward to a good ethical, and integris relationship with Ken in the future.

I am an assistant pastor at the Word of Life Christian Center (church) and have been in pastoral ministry for the past 14 years.

Yours truly,

Boyd Lunalilo Lyons
Assistant Pastor
Word of Life
550 Queen Street
Honolulu, Hawaii 96813

April 10, 2007

**The Honorable Helen Gillmor**
**Chief U.S. District Judge**
US District Court of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

**From: Frank John Mento**

**On Behalf of Kenneth Chio Heng Iong**

Dear Honorable Helen Gillmor,

It has been my privilege to know Kenneth Iong both professionally and personally since 1992.

We first met when he contacted me regarding an opportunity to develop our respective wholesale food businesses . At the time, both of our operations were humble start up ventures. From the moment I met Ken, I knew he was a kindred spirit. He was an optimist with a vision, and a dedicated entrepreneur willing to meet the challenges of building a better life for his family and employees. I have never met anyone more dedicated than Ken to these goals. The best testimony of this truth, is the tremendous loyalty from his employees . Many of Ken's employees started with him at the humble beginnings, and were with him years later. Loyal employees are clear evidence of a fair, considerate, enlightened and loyal employer.

I have even better evidence of Ken Iong's character. In 1994 my business partners were attempting to take over the entire business, as it had prospered greatly under my management. My partners were ex-professional football players and prone to use physical intimidation at every opportunity. My ex partners approached Ken Iong, and through their usual tactics attempted to get him to move his account to a new business they were going to create. Not only did Ken refuse to acquiesce to their coercive tactics, but he also requested that they immediately leave his premises. He then called me told me of the incident, and assured me that he would remain loyal to our business arrangement. This sort of integrity is rare in the world, and even more unusual in the business world. On that day, Ken and I became real friends.

Over the years I have seen Ken grow his business at an amazing speed. I have seen a man with so many demands on his time, always take the time to communicate gently with his family, his friends and his employees. Ken is always willing to listen and learn. This may be one of his greatest attributes - a willingness to learn. That willingness to learn is evident is

his listening skills, and unquestionably in the trial and error method every entrepreneur undergoes. Ken Iong has always learned from his mistakes; and from this hard gained knowledge I have never known him to make the same mistake again.

Your honor, Ken Iong is a man that has provided a sense of security to his family, his friends and to his many employees. Over the years I have never seen anything but a peaceful and loyal friend. A friend who is always willing to help.

As an independent business man for some twenty years, and prior to that a Waikiki bartender for fifteen years; I have come to trust my instincts about people. Your honor, Ken Iong is a decent and honorable man.

I would ask that you consider my request to allow Ken Iong freedom to remain as a productive member of our Island. No possible good for the community, Ken's family, friends and employees would be achieved by any further punitive consequences for Ken Iong.

Thank you for allowing this testimony on behalf of this good man.

Sincerely yours,

Frank Mento
1504 Palolo Ave
Honolulu, Hawaii 96816
286-4880

The Honorable Helen Gillmor
Chief U.S. District Judge
U.S. DISTRICT COURT OF HAWAII
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850


Re: Kenneth Chio Heng Iong

I have known Ken Iong for over the past eleven years when he was owner of Sushi Chef.  Over the years that I have worked with Ken, providing equipment and services for his business, our relationship has always been professional and up front.  Kenneth is a hard working entrepreneur; he always kept his agreements and fulfilled his obligations with Hobart, the company that I worked for.

I opened the Hobart Honolulu branch in 1966, managed it for 25 years, then left management and went into sales for the company up until I retired in 2003, at which time I opened my own business and still sell Hobart products on commission.

When I heard of Ken's problems, I was shocked.  I know he is a man of great integrity and has been contributing to the economy of Hawaii, it would be a loss to the Hawaii community if he was to be separated from them.

Sincerely,


George <Tim> Meyer

April 28, 2007

**The Honorable Helen Gillmor**
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

**Kenneth Chio Heng Iong**

My name is Cely Nagayama and I am the Vehicle Title Coordinator with Mercedes Benz of Honolulu.  I am also a mother of four children and married for 14 years to my husband, Larry Nagayama.

I got to know Ken through my husband, Larry a few years ago.  Since then, my family has enjoyed a number of dinners at his former restaurant as he knew that we don't eat out very often.  His thoughtfulness to allow our children to enjoy nights out at his restaurant gave my husband and me invaluable time to create "memories" with our children.  Even my closest relatives haven't done something like this for us.

From a distance, I have observed Ken give of his time to do many "small things" that go unnoticed to many people, but I see in him a genuine giving nature.  Be it time, money, or even just taking pictures at group events, or traveling miles to buy an item that we forgot at home, or whatever, Ken is always a man of action if the opportunity presents itself to help others.  This is trait I wish more men would demonstrate.

When my husband was hospitalized last year, Ken not only took the time to visit him but also brought gifts to him.  My husband was really touched by this Asian man that seemed perhaps a bit uncomfortable in the hospital visitation setting, but he came anyway.  Although Ken is a dynamic man in business, I sense that he is actually very shy and enjoys being backstage for a lot of things.  However, if he spots an opportunity to help someone in need, he is quick to move to the front stage, not for his glory but simply because I think that's a part of him.  To give out generously, whether he has to get his hands dirty in the process…is all an integral part of Ken.

I see Ken serving humbly as a Greeter at our church every now and then and always smiling with joy in spite of the trials ongoing in his life.  He is someone that I believe has found a renewed perspective about what life is all about.  Ken was always a very giving type of person, but, now I believe his motive to give has more substance because of his new found faith.  It says in the Bible that faith without works is dead…Ken's faith is backed up by his visible acts of helping out others of various age groups, ethnic groups, or social status.

It's wonderful to know that Ken is also now a father to a beautiful two year old son.  It's always amazes me to see how a child can change a man.

Dear Judge, thank you in advance for allowing me to present my personal insights about Ken as I simply trust in your wisdom and character.

Yours faithfully,

Cely Nagayama

**April 30, 2007**

**The Honorable Helen Gillmor**
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

### Kenneth Chio Heng Iong

My name is Larry Nagayama, and I am currently a 52 year old Assistant Vice President & Senior Credit Analyst of Hawaii National Bank. I also serve as a St. Louis School Trustee, Treasurer, and Budget & Finance Committee Chair. More importantly, I am a husband of one wife and a father of four children (ages 14, 18, 19, & 20) and I enjoy serving my church as a small group leader of men (Grace Bible Church) that meet weekly for fellowship and accountability.

I have known Ken since 1991. First, as a valuable business customer of my employer, Hawaii National Bank, and then as a personal and family friend.

Ken was one of the first banking customers that I developed a business relationship with, since as a 35 year old, I had only entered the banking business in July, 1990. By the time I was transferred to another department of the bank in 1992, Ken had made a memorable impression on me because he was one of only two businessmen that actually paid genuine interest in me as a banker. You see, as a loan officer that was brand spanking new to the banking profession, most seasoned businessmen/women treated me as a "rookie" although I possessed business management experience in other fields. Ken would invite me every other week or so to not only tour his business operations but to simply talk story and encourage me in my budding career. He would also host me to numerous lunches instead when the majority of bank customers expect the banker to pay and host the lunches. Long after I moved onto other parts of the bank, Ken would always remember me and always contribute sushi and other delicious items for charity or business events that I would be involved in...all on his own accord not because of some obligation to me or the bank.

When touring his various food business operations, I noted how his employees were industrious but also demonstrated satisfaction and a certain pride in doing their duties. Being from the food & beverage background myself, I could make certain comparisons with other related business operations and noted that his employees would greet me as one of Ken's friends even though they did not know me. It's as if I was their friend since I was Ken's friend.

About two years ago, Ken resurfaced into my life through a fellow banker friend and we reconnected after not seeing each other for several years. Ken had just suffered a devastating setback in his business operations due to a betrayal of a business associate. Just as I found peace, comfort, solace, strength, and hope in Jesus Christ many years ago after a painful divorce, my friend and I began to spend time with Ken once again as we could see the hurt he was in. Ken has not harbored any vengeance or bitterness towards this former associate, but, has focused on giving back to his community in a myriad of ways that he never knew thought possible. Over the past two years, I have personally witnessed a steady and genuine transformation in Ken's character from one that was consumed with success in the business realm to one that now associates success with meaningful relationships with others in need of help and hope.

Ken now serves our church as a Greeter, mentors to high school and middle school students, is a hands on friend to some of the homeless in The Step Project (homeless shelter) in Kakaako, and a faithful member of the men's group in which I lead weekly. I've seen this man weep unashamedly now when assisting others in dire need of help; regardless of their financial or social status. As part of our men's group, Ken has also served with us since December 2006, in ministering to the homeless men in The Next Step Project. Although Ken is too humble to mention this; he actually took the initiative to befriend one of the homeless men in December and meet with him one on one to mentor him for many weeks. As a result of this along with other intangible support from Ken, the homeless gentleman found renewed hope and courage to actually move out of the homeless shelter in February and start a small business. I recently partnered with Ken to go to Kawananakoa Middle School and speak to about twenty-one 7th and 8th grade students about business career choices and the importance of integrity in business. Ken has also met one on one with several other businessmen that were in trouble either financially or with family relations and ministered to them by sharing his life testimony and positive change in the past two years.

Though I could go on, may I conclude here by stating that I can personally attest that Ken is now beginning to enjoy the fruits of "fatherhood", desires to become a faithful husband in the near future, gives generously to the poor & needy with hands on assistance, helps young boys & girls of Hawaii to make right choices in life. Ken may have erred in the past like we all have to some degree; however, he has made a genuine change in his life. Ken can actually laugh about how he used to be so consumed in business and not notice the world around him. He now enjoys helping those who can never repay him and is doing more than just "promise" to change but has demonstrated a genuine change of his heart to stand shoulder to shoulder with me and other family men.

If I may so bold and yet humble as to suggest that if you are compelled to issue some sort of punitive judgment upon Ken, may he be allowed to share his life with the younger generation about how life's success is more than accumulating wealth, but, more about hands on effort in helping other people (community service). Ken has been surprisingly effective with the middle school and high school age generations because they can sense that he really cares for them.

I am always available should you require my presence, Most Honorable Judge Gillmor. My phone number if 489-1214 and email address is nagayamal001@hawaii.rr.com.

I thank you in advance for your consideration of my testimony regarding Ken Iong.

Yours faithfully,

Larry Nagayama

Dear Honorable Helen Gillmore,                                                    3/5/2007

**KENNETH CHIO HENG IONG**

     My name is Glen K. Okano.  For many, many months now, I have

known Kenneth Chio Heng Iong.  We are fellow members of Grace Bible Church.

We both attend church every Sunday & meet at least once a week to help

volunteer our services with the Kakaako Homeless Shelter.

     As a man of God, I can assure you that Ken Iong is a compa-

sionate, caring man who gives his time freely to help the less fortunate get jobs

while helping those of us in our church group also.  For whatever reasons, things

didn`t go right for him in the past, I can assure you he is a good member of

society and has put any unfortunate incidencies behind him, now only looking to

God.     He has so much love & compassion in his heart.

     I am President of Island Style Engraving, a jewelry Maufacturing Co.

& also a Realtor with Hawaii Realty Associates LLC.  I come in contact with so

many people everyday.  I believe with all my heart that Ken Iong has not only

changed his ways, but is a very law abiding citizen.  Please rule in his favor,

for it will be a great lost for all of us if Ken has to go away.  I know God will help

you to make the right decision.

                God Bless You & Sincerely,



                Glen K. Okano

                CEO Island Style Engraving

                Realtor with HRA Hawaii

April 24, 2007

The Honorable Helen Gillmor
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.,
Honolulu, Hawaii 96850

                          Kenneth Chio Heng Iong

I have known Kenneth for about a year and a half as a member of my local church, Grace Bible Church.  We have engaged in the assistance of the homeless at the Kakaako homeless shelter, known as Next Step, by offer our time, emotions, and financial support to give hope for those who have had it less fortunate in their lives.

I can confirm that he is a man of integrity, is dedicated to his friends and work, and is entirely peace-loving, selfless, compassionate, and supportive.

For your information, I am a Christian and also an Employee working under the Department of Homeland Security and using my experiences I have learned in both life lessons and in my professional work environment I feel that Kenneth has been a strong support in our community and in my own person life as well.

Sincerely,

Michael S. Salsedo

Transportation Screening Officer

The Honorable Helen Gillmore
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.,
Honolulu, Hawaii 96850

April 17, 2007

Re:  Kenneth Chio Heng Iong

I write this in support of Kenneth Chio Heng Iong, whom I have known for two years as a brother in Christ and a member of Grace Bible Church.

I can confirm that he is a man of sincerety and is caring of others. He has given of himself and his time by visiting with individuals at the homeless shelter in Kakaako on a weekly basis with our men's group from church. He also serves regularly at our Sunday services. I believe he is repentant of his past and is desirous of living his life in glory and honor to God.

For your information, I am a vice president in the Loan Division at Hawaii National Bank. I pray you will give consideration to the change that has taken place within Ken's life. Thank you for your time and this opportunity to support a dear friend.

Sincerely,

Leonard Tom

Dennis Wong
C/O Hawaii National Bank
540 Lagoon Drive
Honolulu, Hawaii 96819
Telephone: (808) 831-3411

April 17, 2007

The Honorable Helen Gillmor
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

RE:    Kenneth Chio Heng Iong

I have known Kenneth Iong for approximately 14 years.  Our relationship from 1993 to 2004 was strictly business related as I had been indirectly involved in servicing Mr. Iong's banking requirements, business or personal, in my capacity as district manager with Hawaii National Bank.

Over the last three years, I have gotten to know Mr. Iong well through our mutual association as members of Grace Bible Church.  Since 2004, Kenneth has spent countless hours as a "volunteer greeter" during morning services for Grace Bible Church, and he has accompanied me on many visitations to businessmen and individuals who ask for financial guidance or spiritual counseling.  Kenneth also participates as a church volunteer for Leslie Wilcox's "Lokahi" and he is involved with a church outreach group that spends many Friday evenings talking to and supporting homeless adults at shelters.

As a leader for Grace Bible Church, I have been a spiritual mentor to Mr. Iong.  Kenneth, like everyone else, has his faults but he has worked hard to overcome these faults and he has been highly successful in activating his best qualities, talents, and experience to help other people.  Kenneth has a big compassionate heart and I sincerely believe that he has found his calling in life and that his best years are yet to come in raising his son and with counseling men in their professional and personal lives.

I am extremely proud of the man that Kenneth has become and I am honored to be his spiritual mentor.

Sincerely,

Dennis Wong



2849 KAIHIKAPU STREET
HONOLULU, HI 96819
PH: (808) 839-2771
FAX: (808) 833-3536
@a-1-a.com

The Honorable Helen Gillmor
Chief US District Judge
US District Court of Hawaii
300 Ala Moana Blvd
Hon, Hawaii 96850

Subject: Kenneth Chio Heng Iong

My name is James Yamada. I am President of a local electrical contracting firm, A-1 A-Lectrician, Inc. We have been in business for 50 years in the State of Hawaii.

This is being written on behalf of Kenneth Chio Heng Iong. Although I have known him for only about 10 months, I believe he is a person of noble character. I have sat in on monthly all day meetings where he has been present and I have been able to witness a caring person who seems to have a noble concern for the lives of others.

There were many things that came up during the meetings that showed his noble concern for others, especially for the lives of his employees. The following are two examples:

1/ We have a fund that builds up over time: as Christian business people, to help us motivate ourselves toward good habits, if we make pledges that will start good habits in life and godliness, if we don't live up to our pledges, we contribute a preset amount to the fund. After the fund grew to a tidy sum, we wondered how we were going to spend it. Was it a luncheon for ourselves? Well, Ken suggested that we make a donation to a group that was helping kids in school lift themselves out of mediocrity. The main thing for me in this was that Ken had a sincere concern for the lives of others.

2/ I was on my way to dinner one Friday night and I saw Ken finishing up a meeting with a young man. I found out that night that Ken was involved in meeting with a small group of young men in a sort of mentoring relationship. I believe this is one of the ingredients missing in today's society: older men mentoring younger men, without gain for themselves. There would be less crime in society, if more of what Ken in doing was done throughout Hawaii.

I believe these two examples are representative of the "new" Kenneth Iong and solidify for me that Kenneth is a noble man.

James Yamada, Jr
CEO, A-1 A-Lectrician, Inc
4/9/07

April 10, 2007

The Honorable Helen Gillmor
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Your Honorable Helen Gillmore,

Re: Kenneth Chio Heng Iong

I am Dorothy Yung, Ken's elder sister.  In those 43 years I have known
Ken, my brother is a very passionate person, he loves his life, family
and work.  He is a very, very hardworking, very generous, very
responsible, very committed, very caring and very giving man. There is
no doubt about his personality. Also his passion and dedication in his
career and success is admirable. With all his success and respect, he
is still himself - a very gentle, humble man.

He started his small business when he was only 24 years old and worked
very hard. As a business owner and worker himself, he understands what
it takes to become successful, so he appreciates and treasures his
employees. He provided many new immigrants new hopes by providing them
employment. Many of his employees were family members, husband and
wife, parents and children, cousins or relatives. They all respect Ken
as of this day because they know he is a man with great integrity. His
employees are proud to work for him and he gives them encouragement and
advancement.  He is a mentor to many people.  Over all those years that
he was in business, he provided employment for over hundreds of
individuals and was a great contribution to the economy.

I understand that he has been going through a lot for the past 2-3
years, he does not give up, he puts his trust in God and he does not
lose faith in life. He still stands strong and very giving and doing a
lot of volunteer work to help the community. He still keeps up his
great job at mentoring those that are in need and give them positive
influence and encouragement.

He is a loving father to his 2-year-old son who will run to the door to
greet his daddy whenever he hears the door open.  Besides he is also a
role model to our niece and nephews who excel in school at an early age
because of his positive influence.  Everyone agrees that Ken is a
productive citizen and valuable to the society.  His caring personality
and dedication to help others are unquestionable.

Your Honor, I respect your final decision, and I sincerely request your
mercy in his case.

Very respectfully yours,

Dorothy Yung
PO Box 293
Honolulu, HI 96809

Lloyd T. Sueda, AIA



**Sueda & Associates, Inc. / Architects and Planners**

May 17, 2007


The Honorable Helen Gillmor
Chief U.S. District Judge
US District Court of Hawaii
300 Ala Moana Blvd.
Honolulu, HI  96850


My name is Lloyd Sueda a practicing Architect in the State of Hawaii for the past 36 years.

I have known Ken Iong, professionally, for the past six (6) years.

We completed Architectural/Engineering Services for both his Certified Sushi Chef Kitchen and his Dunkin Donut Bakery operations.

I saw an enterprising young man, raised in the orient, educated in Hawaii, start from the bottom and with long hours and hard work succeed in building a very successful business.

However, unfortunate circumstances, which I am not fully aware of, have gotten Ken into trouble with the Government.  I feel very bad for him.  All of my dealings have been with an honorable businessman trying to succeed.  The Ken I know is honest, generous and always a gentleman.

I believe that everyone should be given a second chance.  Your consideration on this matter would be appreciated.

Thank you

Sincerely

Lloyd T. Sueda