# **GOVERNMENT'S EVOLVING STORY**

| INDICTMENT | 1997 | 1998 | 1999 |
|---|---|---|---|
| Unreported Income | 177,961.02 | 282,880.99 | 290,474.69 |
| Tax Due | 60,166 | 95,174 | 93,023 |
| | | | |
| **ONE WEEK BEFORE SENTENCING** | **1997** | **1998** | **1999** |
| Unreported Income | 137,776 | 448,446 | 233,130 |
| Difference from Indictment | (40,185.02) | +165,565.01 | (57,344.69) |
| Tax Due | 28,652 | 155,942 | 67,346 |
| Difference from Indictment | (31,514) | +60,768 | (25,677) |

