# ANALYSIS OF
# CERTIFIED PUBLIC ACCOUNTANT
# STEVE HAWKINS

|  | 1997 | 1998 | 1999 | TOTAL |
|---|---|---|---|---|
| Unreported Income | 9,851 | 34,764 | 60,364 | 104,978 |
| Tax Due | 2,758 | 6,737 | 11,350 | 20,845 |

