AO 245B  (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

CASE NUMBER: 1:05CR00117-001 HG
DEFENDANT: (01) KENNETH CHIO HENG IONG

Judgment - Page 3 of 7

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 MONTHS as to each of Counts 3 and 11, to run concurrently.

[✔] The court makes the following recommendations to the Bureau of Prisons:

Southern California.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[✔] The defendant shall surrender for service of sentence at the Federal Detention Center - Honolulu:
   [✔] before 2:00 p.m. on 7/19/2007.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 22 2007

at 8 o'clock and 55 min. a.m.
SUE BEITIA, CLERK

# RETURN

I have executed this judgment as follows:

Defendant delivered on (SJS) 07-26-07 to FDC Honolulu

at Honolulu, HI, with a certified copy of this judgment.

John T. Rothman
WARDEN  UNITED STATES MARSHAL

By  W. Tsai
   LIE  Deputy U.S. Marshal