IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00117HG |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KENNETH CHIO HENG IONG, | ) | |
| | ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 26 2007

at 12 o'clock and __ min __M
SUE BEITIA, CLERK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 28 2005

at 4 o'clock and 20 min. P M
WALTER A. Y. H. CHINN, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Kevin S. C. Chang United States Magistrate Judge in the above-entitled case, Passport Number **120949827** issued at **Honolulu, HI, on September 11, 2004** to the above-named defendant, was surrendered to the custody of the Clerk of court on March 28, 2005 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:     **June 3, 1964**

Place of Birth:    **Macau**

Dated at Honolulu, Hawaii on March 28, 2005.

WALTER A.Y.H. CHINN, Clerk

By: _____
    Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 9/26/07            Signature: X _____
                                    For  Owner of Passport (Sister)